```
 1  KEVIN HAHN #9821
    MALCOLM ♦ CISNEROS, a Law Corporation
 2  608 South 8th Street
    Las Vegas, NV 89101
 3  (702) 382-1399 (TELEPHONE)
    (702) 382-0925 (TELECOPIER)
 4
    Attorneys for Secured Creditor,
 5  Wells Fargo Bank, N.A.
```

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA, LAS VEGAS DIVISION**

| | |
|---|---|
| In re: | Bankruptcy No. 10-23094-lbr |
| | Chapter 11 |
| HECTOR ALBERTO ECHAGUE, | **REQUEST FOR SPECIAL NOTICE** |
| | (No Hearing Date Required) |
| Debtor(s). | |

**PLEASE TAKE NOTICE** that WELLS FARGO BANK, N.A., by and through its attorneys of record, MALCOLM ♦ CISNEROS, a Law Corporation, requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

> William G. Malcolm, Esq.
> MALCOLM ♦ CISNEROS, a Law Corporation
> 2112 Business Center Drive, 2nd Floor
> Irvine, California 92612

DATED: September 2, 2010     MALCOLM ♦ CISNEROS

> By: /s/ *Kevin Hahn*
>     KEVIN HAHN
>     Attorneys for Secured Creditor,
>     Wells Fargo Bank, N.A.

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA )
                       ) ss.
COUNTY OF ORANGE     )

      I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

      On September 2, 2010, I served the following document described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

                Hector Alberto Echague
                2719 Boise Street
                Las Vegas, NV 89121

                Thomas E. Crowe
                2830 S. Jones Blvd. #3
                Las Vegas, NV 89146

                US Trustee-LV-11
                300 Las Vegas Blvd. So.
                Suite 4300
                Las Vegas, NV 89101

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on September 2, 2010, at Irvine, California.

                                  <u>/S/ Gabriela Nieves</u>
                                  GABRIELA NIEVES