# EXHIBIT A

E FILED ON 11/3/10
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
tcrowelaw@yahoo.com
2830 S. Jones Blvd.,# 3
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtor-in-possession
Nevada State Bar no. 3048

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-10-23094-LBR |
| HECTOR ECHAGUE, | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Date: 12/8/10 |
| | ) | Time: 2:00 p.m. |

## MOTION FOR AUTHORIZATION
## TO USE CASH COLLATERAL

Comes Now, the Debtor above named, by and through his attorney THOMAS E.

CROWE, ESQ., and moves this court for an order allowing the use of cash collateral.

This motion is made and based upon the papers and pleadings on file herein, together

with the points and authorities attached hereto.

DATED this 3rd day of November, 2010.

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
By  /s/ THOMAS E. CROWE
   THOMAS E. CROWE, ESQ.
   2830 S. Jones Blvd. #3
   Las Vegas, Nevada 89146
   Attorney for Debtor-in-
   possession

## POINTS AND AUTHORITIES

11 U.S. C. §§363 (a), (c)(2), (3) & (4), (e), and (p)(1) and (2)    provide in pertinent part as follows:

(a) In this section, "cash collateral" means cash, negotiable instruments, documents of title, securities, deposit accounts, or other cash equivalents whenever acquired in which the estate and an entity other than the estate have an interest and includes the proceeds, products, offspring, rents, or profits of property and the fees, charges, accounts or other payments for the use of occupancy of rooms and other public facilities   in hotels, motels, or other lodging properties subject to a security interest as provided in section 552(b) of this title, whether existing before or after the commencement of a case under this title.

\* \* \*

(c)(2) The Trustee may not use, sell, or lease cash collateral under paragraph (1) of this subsection unless-
each entity that has an interest in such cash collateral consents; or

(B) The court, after notice and a hearing, authorizes such use, sale or lease in accordance with the provisions of this section.

(3) Any hearing under paragraph (2)(B) of this subsection may be a preliminary hearing or may be consolidated with a hearing . . .but shall be scheduled in accordance with the needs of the debtor.   If the hearing under paragraph (2)(B) of this subsection is a preliminary hearing, the court may authorize such use, sale, or lease only if there is a reasonable likelihood that the trustee will prevail at the final hearing under subsection (e) of this section.   The court shall act promptly on any request for authorization under paragraph (2)(B) of this subsection.

(4) Except as provided in paragraph (2) of this subsection, the trustee shall segregate and account for any cash collateral in the trustee's possession, custody, or control.

\* \* \*

(e) Notwithstanding any other provision of this section, at any time, on request of an entity that has an interest in property used, sold, or leased, or proposed to be used, sold, or leased, by the trustee, the court, with or without a hearing, shall prohibit or condition such use, sale, or lease as is necessary to provide adequate protection of such interest. . . .

\* \* \*

(p) In any hearing under this section-

(1) the trustee has the burden of proof on the issue of adequate protection; and

(2) the entity asserting an interest in property has the burden of proof on the issue of the validity, priority, or extent of such interest.

Courts have uniformly held that 11 U.S.C. §§363(c)(2) and (e) must be balanced so as to preserve the Debtor's use of cash to continue operating while preserving the secured creditors security interest through adequate protection.   See In re Prodert, L.L.C., 314 B.R. 436 (BAP 9th Cir. 2004)  Debtor proposes below a balanced approach allowing operation and providing adequate protection for the secured creditors.

The Debtor-in-possession requests that the court immediately conduct a hearing and rule so that the Debtor-in- possession may use the cash collateral on terms and under conditions set forth herein.   Absent such hearing and allowance of the use of cash collateral, Debtor will be unable to operate, causing immediate and irreparable harm to the estate.

The Debtor-in-possession recognizes that the rent generated from his properties may constitute "cash collateral" pursuant to the terms of the respective deeds of trust encumbering said properties. Debtor-in-possession proposes that said cash collateral shall be deposited in the DIP account and payments made therefrom shall be for principal and interest to the respective creditors having a perfected interest in such rents.

Payments to be made from cash collateral shall be in proportion to the secured claim. Therefore, to the extent a claim is deemed fully secured based upon the valve of the property, that creditor's claim shall receive payments at the contract rate of interest until the confirmation of the Plan and then shall receive the principal and interest in an amount sufficient per month to satisfy the requirements of §363 of the Code.

To the extent a claim is deemed partially secured, Debtor-in-possession shall pay the creditor a market rate of interest in monthly payments commencing no later than ninety days after

commencement, and in principal and interest payments commencing upon confirmation pursuant to the secured claim under 11 U.S.C §506(a).

To the extent a claim is unsecured due to the value of the property and the presence of senior liens, such creditor's claim shall not be entitled to the payments from cash collateral as such lien is void. Such claims, and well as the under-secured claims referenced in the paragraph above, shall be paid if at all from the disposable income of the Debtor-in-possession. Such disposable income is determined under 11 U.S.C. §§1129(a)(15)(B) and 1325(b)(2). The rents received and deposited, over and above the amount necessary to service the fully secured claims referenced in the preceding paragraphs shall be combined with other income of the Debtor-in-possession and, after allowances as provided in the Code for Debtor-in-possession's expenses, personal and business, shall be disbursed to unsecured creditors over a 60 month period provided in the plan.

Debtor-in-possession further plans, as adequate protection for those creditors having an interest in the cash collateral, that they retain their liens in the underlying property and in the cash collateral, subject to Debtor-in-possession's ability to use said cash in accordance with the foregoing plan. Moreover, fully or partially secured creditors shall begin receiving periodic payments of interest no later than 90 days after commencement. Absent use of the cash collateral, Debtor-in-possession would have insufficient means of funding the reorganization plan or, obviously, of paying the secured creditors. Names and addresses of all those having an interest in the rents appear on the appended

/ / /

/ / /

/ / /

/ / /

/ / /

certificates. The amounts of cash collateral,  i.e., the rents received from each property, appear on

Exhibit 1. . See projected budget for personal and business expenses, Exhibit 2.

DATED this 3rd day of November, 2010.

Respectfully submitted:

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

By /s/ THOMAS E. CROWE
THOMAS E. CROWE, ESQ.
2830 S. Jones Blvd.
Suite 3
Las Vegas, Nevada 89146
Attorney for Debtor-in-possession

###

# EXHIBIT 2

## MONTHLY BUDGET

### BUSINESS MONTHLY INCOME

Rents (List property address and rental amount)

| | | |
|---|---|---|
| 2451 Palora | | $1,100.00 |
| 1937 Cindysue | | $500.00 |
| 3505 Thomas | | $500.00 |
| 2212 Sunrise | | $1,600.00 |
| | **TOTAL** | **$3,700.00** |

### BUSINESS MONTHLY EXPENSES

Adequate Protection Payments (30 years, 4.5%)
(P & I) (projected per valuations)

| | | |
|---|---|---|
| 2451 Palora | | $423.08 |
| 1937 Cindysue | | $532.02 |
| 3505 Thomas | | $491.48 |
| 2212 Sunrise | | $648.56 |
| | **TOTAL** | **$2,095.14** |

Utilities/Repairs/Maintenance/HOA, etc.
(on rental properties)

| | | |
|---|---|---|
| 2451 Palora | | $110.00 |
| 1937 Cindysue | | $120.00 |
| 3505 Thomas | | $180.00 |
| 2212 Sunrise | | $225.00 |
| | **TOTAL** | **$635.00** |

Tax/Insurance
(on rental properties)

| | | |
|---|---|---|
| 2451 Palora | | $334.00 |
| 1937 Cindysue | | $390.00 |
| 3505 Thomas | | $152.00 |
| 2212 Sunrise | | $183.00 |
| | **TOTAL** | **$1,059.00** |
| | **GRAND TOTAL** | **$3,789.14** |

## PERSONAL MONTHLY INCOME

### Employment

Minimum salary from position currently offered.                $3,312.67

## PERSONAL MONTHLY EXPENSES

Debtor's Allowed Expenses (PERSONAL)
(National/Local Standards)

| | |
|---|---|
| Mortgage (2719 Boise) | $ 1,679.14 |
| Utilities/Repairs/Maintenance/HOA, etc. | $ 850.00 |
| Tax/Insurance | $ 96.00 |
| Auto Operation | $ 196.45 |
| Food, Apparel, etc. | $ 400.00 |
| Medical | $ |
| Auto Purchase | $ |
| Taxes (income, self-employment) | $ |
| Administrative Expenses (attorney, accountant) | $ |
| Business Expense (as a Realtor) | $ |

Total   $ 3,221.59

# EXHIBIT 1

**CREDITOR** U.S. Bank

**PROPERTY ADDRESS**: 2719 Boise Street, Las Vegas, Nevada 89121

**VALUE**: $88,000.00

**MAXIMUM RENT**: N/A Residence

**P & I**: $445.88 (30 Years @ 4.5%)

**TAXES/INSURANCE/MNGMNT FEES**: $96

**UTILITIES/REPAIRS/MAINTENANCE/HOA/ETC.**: $850.00

**CREDITOR** Wells Fargo

**PROPERTY ADDRESS**: 2451 Palora Avenue, Las Vegas, Nevada 89121

**VALUE**: $83,500.00

**MAXIMUM RENT**: $1100.00

**P & I**: $423.08 (30 Years @ 4.5%)

**TAXES/INSURANCE/MNGMNT FEES**: $334.00

**UTILITIES/REPAIRS/MAINTENANCE/HOA/ETC.**: $110.00

**CREDITOR** Wells Fargo

**PROPERTY ADDRESS**: 1937 Cindysue Street, Las Vegas, Nevada 89106

**VALUE**: $105,000.00

**MAXIMUM RENT**: $500.00

**P & I**: $532.02 (30 Years @ 4.5%)

**TAXES/INSURANCE/MNGMNT FEES**: $390.00

**UTILITIES/REPAIRS/MAINTENANCE/HOA/ETC.**: $120.00

**CREDITOR** Wells Fargo

**PROPERTY ADDRESS:** 3505 Thomas Avenue, Las Vegas, Nevada 89030

**VALUE:** $97,000.00

**MAXIMUM RENT:** $ 500.00

**P & I:** $491.48 (30 Years @ 4.5%)

**TAXES/INSURANCE/MNGMNT FEES:** $152.00

**UTILITIES/REPAIRS/MAINTENANCE/HOA/ETC.:** $180.00

**CREDITOR** M & T Bank

**PROPERTY ADDRESS:** 2212 Sunrise Avenue, Las Vegas, Nevada 89101

**VALUE:** $128,000.00

**MAXIMUM RENT:** $ 1,600.00

**P & I:** $648.56 (30 Years @ 4.5%)

**TAXES/INSURANCE/MNGMNT FEES:** $183.00

**UTILITIES/REPAIRS/MAINTENANCE/HOA/ETC.:** $225.00

E FILED ON
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
2830 S. Jones Blvd.#3
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtors-in-possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-10-23094-LBR |
| HECTOR ECHAGUE, | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Date: 12/8/10 |
| | ) | Time: 2:00 p.m. |

## PROPOSED ORDER RE:
## MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL

This matter having come on for hearing this 8th day of December, 2010, THOMAS E.

CROWE, ESQ., on behalf of the Debtor, having been present, proper notice having been given, upon

the arguments of counsel, it is therefore ORDERED AND DECREED:

THAT the Debtors-in-possession may use cash collateral in accordance with the

/ / /

Motion for Authorization to Use Cash Collateral filed herein.

Submitted by:

By /s/ THOMAS E CROWE
THOMAS E. CROWE, ESQ.
2830 S. Jones Blvd. #3
Las Vegas, Nevada 89146
Attorney for Debtors-in-possession

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

# EXHIBIT B

Apex Appraisal (702) 228-0023

ECHAGUE

# 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT    File No.: 9821C

| | |
|---|---|
| Property Address: 2212 SUNRISE AVENUE | City: LAS VEGAS State: NV Zip: 89101-5034 |
| County: CLARK | Legal Description: MOSS TRACT #5 PLAT BOOK 4 PAGE 7 LOT 9 BLOCK 2 |

**SUBJECT**

Building Name (if applicable):   N/A
Parcel ID #(s):   139-35-812-012
Borrower (if applicable):   N/A
Current Owner of Record:   HECTOR ECHAGUE
Property Use (if mixed, check all that apply):   ☐ Office  ☐ Commercial  ☐ Industrial  ☐ Retail  ☐ Other (describe)   MULTI-FAMILY ONLY
Comments on Property Use:   THE SUBJECT IS A SEVEN UNIT APARTMENT BUILDING.
Market Area Name:   MOSS TRACT    Map Reference: 29820    Census Tract: 0005.03
The purpose of this appraisal is to develop an opinion of:   ☒ Market Value (as defined), or  ☐ other type of value (describe)
Intended Use:   TO BE USED BY HECTOR ECHAGUE FOR A BANKRUPTCY PROCEEDING.

Intended User(s) (by name or type):   HECTOR ECHAGUE AND COUNCIL.
This report is not intended by the appraiser(s) for any other use or by any other user(s). The appraiser(s) assume no liability for any unauthorized use of this appraisal report.
Client:   HECTOR ECHAGUE    Contact:
Address:

**ASSIGNMENT PARAMETERS**

Phone: 702-994-9492    Fax:    E-mail:
Appraisal Company:   APEX APPRAISAL
Address:   2855 ST. ROSE PKWY #100-13, LAS VEGAS, NV 89052
Phone: (702) 228-0023    Fax: (702) 870-7525    Web: http://www.myapexappraisal.com
Appraiser:   CARL BASSETT    Co-Appraiser:   JAMES HANSEN
Designation:    Designation:
Certificate or License #:   A.0007151-CR    Certificate or License #:   A.00074-CG
Expiration Date:   1/31/2011    State: NV    Expiration Date:   02/28/2012    State: NV
Property Rights Appraised:   ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe)
Reporting Option(s):   ☒ Summary Appraisal Report  ☐ Restricted Use Appraisal Report  ☐ Other (describe)
This report reflects the following value (if not Current, see comments):   ☒ Current (the Inspection Date is the Effective Date)  ☐ Retrospective  ☐ Prospective
☐ If checked, this report is also subject to the following Hypothetical Conditions and/or Extraordinary Assumptions:
Hypothetical Conditions (if applicable):   N/A

Extraordinary Assumptions (if applicable):   I DID NOT INSPECT ALL OF THE UNITS, ONLY THREE. I RECEIVED VERBAL NOTES ON THE OTHER 4
UNITS INTERIOR. I DID NOT TEST THE UTILITIES OR FUNCTIONALITY OF EACH UNIT AND AM ASSUMING THAT THEY ARE TYPICAL AND WORK
PROPERLY AS THE OWNER IS STATING. THE UTILITIES WERE OFF IN THE VACANT THREE UNITS INSPECTED.
Extent of Inspection of Subject Property:    Data Sources Used:   ☒ MLS  ☒ Public Records  ☒ Appraiser's Files
Appraiser:   ☒ Interior & Exterior  ☐ Exterior Only  ☐ None    ☒ Lender and/or Client  ☒ Owner  ☐ Plans & Specifications  ☐ Contract
Date of Inspection:   05/10/2010    ☐ Other (describe)
Co- or Supervisory Appraiser:   ☐ Interior & Exterior  ☐ Exterior Only  ☒ None
Date of Inspection:   NONE
Building Area Measured?   ☐ Yes  ☐ No

**SCOPE OF WORK**

Approaches to Value Developed for This Appraisal:   ☐ Cost Approach  ☒ Sales Comparison Approach  ☒ Income Approach
Reasons for Excluding an Approach to Value:   THE COST APPROACH REQUIRES RECENT LOT SALES TO ACCURATELY DETERMINE MARKET VALUE.
NO LOT RECENT SALES EXIST IN THE AREA, WHICH IS ALREADY BUILT UP. ALSO THE DEPRECIATION WILL NEED TO BE ESTIMATED AND WILL
REMOVE MAJORITY OF THE CURRENT COST TO BUILD THE HOME. ESTIMATING THE DEPRECIATION IS DIFFICULT ON AN OLDER HOME AND
LIKELY INACCURATE LEADING TO COST APPROACH ERRORS. FOR THESE REASON THE APPROACH HAS NOT BEEN COMPLETED.
Additional Scope of Work Comments:   THE CLIENT AGREED THAT I INSPECT ONLY THE VACANT UNITS AND THAT I CAN RELY ON HIS NOTES FOR
THE OTHERS. I DID NOT INSPECT THE LEASES AND WAS OFFERED THE DATA VERBALLY FROM THE OWNER.

**VALUE SUMMARY**

| | |
|---|---:|
| Value Indication - Total Site Value: | $ 40,000 |
| Value Indication - Cost Approach: | $ 107,600 |
| Value Indication - Sales Comparison Approach: | $ 128,000 |
| Value Indication - Income Approach: | $ 151,700 |
| Opinion of Value of any Personal Property and/or Other Non-Realty Interests Included: | $ 0 |

DATE OF REPORT:   05/25/2010    DATE OF INSPECTION:   05/10/2010
OPINION OF VALUE (as defined): $   128,000   (as is) and/or $   [other, describe]
EFFECTIVE DATE(S) OF VALUE:   05/10/2010   (as is) and/or   [other, describe]

GP COMMERCIAL

Copyright© 2008 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPSMCOM_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    5/2008

## 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT

ECHAGUE
File No.: 9521C

| Market Area Name: | MOSS TRACT |
|---|---|

Market Area Boundaries: THE SUBJECT PROPERTY IS BOUND TO THE NORTH AND EAST BY STATE HIGHWAY 95/93/515, TO THE SOUTH BY SAHARA AVENUE, AND TO THE WEST BY MARYLAND PARKWAY. THE AREA HAS MANY MULTI-FAMILY PROPERTIES AND IS AN AREA WHICH IS CLOSE TO THE LAS VEGAS BLVD WHICH IS A MAJOR EMPLOYER. DIRECTLY NORTH IS AN INDUSTRIAL AREA WHICH IS A MAJOR EMPLOYER ALSO.

| Characteristics | | | | Present Land Use | | Undersupply | Balanced | Oversupply | Vacancy |
|---|---|---|---|---|---|---|---|---|---|
| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | Vacant: | 10 % | ☐ | ☐ | ☒ | |
| Built up: | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | One-Unit Residential: | 55 % | ☐ | ☐ | ☒ | 10 % |
| Development: | ☐ Increasing | ☒ Stable | ☐ Decreasing | Multi-Unit Residential: | 20 % | ☐ | ☐ | ☒ | 20 % |
| Value Trend: | ☐ Increasing | ☐ Stable | ☒ Decreasing | Office: | 7 % | ☐ | ☐ | ☒ | 20 % |
| Rental Demand: | ☐ Increasing | ☐ Stable | ☒ Decreasing | Retail: | 8 % | ☐ | ☐ | ☒ | 20 % |
| Vacancy Trend: | ☐ Increasing | ☐ Stable | ☒ Decreasing | Industrial: | 0 % | ☐ | ☐ | ☒ | 10 % |

| Change in Land Use: | ☒ Unlikely | ☐ Likely * | ☐ Taking Place * | * From: | | * To: |
|---|---|---|---|---|---|---|
| Change in Economic Base: | ☒ Unlikely | ☐ Likely * | ☐ Taking Place * | * From: | | * To: |

If any Changes in Land Use and/or Economic Base are likely or Taking Place, indicate the impact on property values:     ☐ Positive    ☒ Negative    ☐ None    ☐ N/A

Comments on Land Use and/or Economic Base Changes and Impacts:     THE ECONOMY IN THE LAS VEGAS MARKET IS POOR, AS THE HOUSING CRASH IN 2008 TO CURRENT HAS DECREASED DEMAND ON RESIDENTS POURING INTO THE LAS VEGAS MARKET. THE CONSTRUCTION INDUSTRY HAS OVER 50% OF EMPLOYEES LAID OFF, CURRENTLY. THE GAMING INDUSTRY HAS EXPERIENCED LAYOFFS AND INCOME PER EMPLOYEE IS DOWN. UNEMPLOYMENT IS REPORTED TO BE AT 13.6% IN THE LAS VEGAS MARKET. THESE NEGATIVE FACTORS HAVE INCREASED VACANCY RATES AND THE OVERSUPPLY OF UNITS AVAILABLE HAS DECREASED RENTAL PRICES IN THE SUBJECTS MARKET SEGMENT. THE LANDLORDS IN THE AREA ARE OFFERING HIGH CONCESSIONS, LOWER DEPOSITS, AND ARE LOWERING RENTS TO COMPETE WITH EACH OTHER FOR A LIMITED RENTAL POOL OF TENANTS.

| Marketability Factors | Exc. | Good | Avg. | Fair | Poor | N/A | Marketability Factors | Exc. | Good | Avg. | Fair | Poor | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employment Stability: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | Adequacy of Utilities: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| Convenience to Employment: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | Property Compatibility: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| Convenience to Shopping: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | Protection from Detrimental Cond.: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| Convenience to Schools: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | Police and Fire Protection: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| Adequacy of Public Transport: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | General Appearance of Properties: | ☐ | ☐ | ☒ | ☒ | ☐ | ☐ |
| Recreational Facilities: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | Appeal to Market: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Description/Analysis of Market Area and Market Conditions (including support for the above characteristics and trends):     SEE GENERAL TEXT ADDENDUM FOR NOTES ON MARKET CONDITIONS AND ABOVE LISTED NOTES.

Description/Analysis of the usages of nearby properties and in the Subject's immediate area:     THE SUBJECT IS LOCATED IN A NEIGHBORHOOD OF MULTI-FAMILY APARTMENTS. THE STREETS IN THE AREA LOOK AND ARE SIMILAR TO THE SUBJECT PROPERTY. THE AREA HAS MAIN ARTERIAL ROADS TO THE CITY AND HAVE SHOPPING, ACCESS TO THE CAT BUS SYSTEM, RECREATIONAL PARKS AND CLOSE ACCESS TO THE LAS VEGAS BLVD FOR EMPLOYMENT AND ENTERTAINMENT. THE SUBJECT IS APPROXIMATELY 4 MILES EAST OF THE LAS VEGAS BOULEVARD.

MARKET AREA DESCRIPTION

Copyright© 2008 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

ECHAGUE

## 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT    File No.: 9821C

[File No. 9821C] Page #4

| Is the Subject Property currently listed for sale? ☒ No ☐ Yes  If currently listed:  List Price: $ | | | | Days on Market: |
|---|---|---|---|---|
| Analysis of Listing:    N/A | | | | |

Is the Subject Property currently under Contract or Option? ☒ No ☐ Contract ☐ Option  Has the Contract or Option been reviewed? ☐ Yes ☐ No ☐ N/A

Date of Contract or Option: N/A        Expires:        Contract Price: $        Closing Date:

Buyer:                                Seller:

Analysis of Contract/Option:    N/A

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s):   COUNTY RECORDERS OFFICE ONLINE/MLS.

| Subject Sale/Transfers | Prior Sale/Transfer # 1 | Prior Sale/Transfer # 2 | Prior Sale/Transfer # 3 |
|---|---|---|---|
| Date of Sale/Transfer: | 07/23/2007 | 02/27/2004 | |
| Sale/Transfer Price: | $400,000 | $319,000 | |
| Data Source(s): | COUNTY RECORDER | COUNTY RECORDER | |
| Analysis of Sale/Transfer History: | See attached addenda. | | |

**ASSESSMENT**

Assessment Date:  07/2009        Parcel(s) Assessed:  139-35-812-042

Assessed Value:   Total: $ 112,354        Comments:

Current Taxes:  Year:  2010    Tax Amount: $  1,610.77        Special Assessments: $  0.00

Comments:    TAXES HAVE DECLINED AS THE VALUES IN THE AREA HAVE ALSO DECLINED. THE TAX ASSESSMENT IN 2009 WAS $154,734.

**ZONING**

Zoning Classification:  (RUC)

Zoning Description:    RESIDENTIAL URBAN CENTER, THIS ZONING ALLOWS RESIDENTIAL APARTMENT BUILDINGS WITHIN A RANGE OF 1-50 UNITS.

Do present improvements comply with existing zoning requirements?    ☒ Yes ☐ No    Comments:

Does the subject site comply with existing zoning requirements?    ☒ Yes ☐ No    Comments:

Uses allowed under current zoning:    RESIDENTIAL MULTI-FAMILY 1-50 UNITS, RETAIL, OFFICE, AND GENERAL COMMERCIAL.

Zoning Change: ☒ Unlikely ☐ Likely * ☐ Taking Place *    * To:        Comments:

GP COMMERCIAL        Copyright 2008 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPSMCOM_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE        5/2006

ECHAGUE

## 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT

File No: 9921C

| Total Site Dimensions: | SEE PLAT MAP APPROX 140.72 BY 61 | | |
|---|---|---|---|
| Total Site Area: | 8,712 Sq.Ft. | Excess Site Area (if applicable): | Sq.Ft. | Net Site Area: | 8,712 Sq.Ft. |

Street Frontage: 61 FEET ON SUNRISE AVENUE AND 61 FEET TO A REAR ALLEY WAY.

Other Site Features or Elements: ☒ Inside Lot  ☐ Corner Lot  ☐ Cul de Sac  ☐ Underground Utilities  ☐ Other (describe) SIMILAR APARTMENT BUILDINGS EXIST ON EACH SIDE OF THE SUBJECT PROPERTY.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity: | ☒ | ☐ | NV ENERGY | Street: | ASPHALT | ☒ | ☐ |
| Gas: | ☒ | ☐ | SOUTHWEST GAS | Width: | 60 FEET | | |
| Water: | ☒ | ☐ | CITY | Surface: | ASPHALT | | |
| Sanitary Sewer: | ☒ | ☐ | CITY | Curb/Gutter: | CONCRETE | ☒ | ☐ |
| Storm Sewer: | ☒ | ☐ | CITY | Sidewalk: | CONCRETE | ☒ | ☐ |
| Telephone: | ☒ | ☐ | AVAILABLE | Street Lights: | TIMED/STEEL | ☒ | ☐ |
| Multimedia: | ☒ | ☐ | AVAILABLE | Alley: | ASPHALT | ☒ | ☐ |

| | |
|---|---|
| Topography: | APPEARS LEVEL |
| Size: | TYPICAL FOR THE AREA |
| Shape: | RECTANGULAR |
| Utility: | THE LOT HAS GOOD UTILITY AND IS MAXIMIZED WITH THE CURRENT IMPROVEMENTS. |
| Drainage: | APPEARS ADEQUATE |
| View: | MTN/NEIGHBORHD |
| Rail Access: | NONE/ ACCESS TO PUBLIC TRANSPORTATION |

Does the Subject Property lie within a FEMA Special Flood Hazard Area:  ☐ Yes  ☒ No   FEMA Flood Zone: X

FEMA Map #:  32003C2186E                    FEMA Map Date: 9/27/2002

Are any environmental issues known or suspected?   ☒ No   ☐ If Yes, describe: _____

Soil Conditions:   THE SOIL CONDITIONS APPEAR ADEQUATE WITH NO KNOW CONCERNS.

Easements:   TYPICAL PUBLIC EASEMENTS EXIST IN THE AREA, WITH NO OTHER RECORDED OR KNOWN EASEMENTS WHICH WOULD HAVE A NEGATIVE OR POSITIVE EFFECT ON THE PROPERTY.

Encroachments:   NONE KNOWN.

Site Comments:   THE SITE HAS CINDER BLOCK WALLS, ASPHALT PAVED ROADS, CEMENT CURBING, AND STREET LIGHTS.  TYPICAL EASEMENTS EXIST FOR THE SITE.  THE SUBJECT HAS TWO UPDATED METAL FENCES WHICH HAVE KEY PADS.  THIS MEANS THAT UNITS 4-7 HAVE FENCED IN FRONT YARDS AND NEED TO ACCESS THEIR FRONT DOOR BY ENTERING A CODE TO ACCESS THE GATE.  THE ADVANTAGE IS THAT THE TENANTS OF THESE UNITS HAVE ADDED SECURITY AND CAN PLACE PERSONAL ITEMS ON THEIR PORCH WITH A LESSOR CHANCE OF THE THEFT.  MANY OF THE PROPERTIES ON THE SAME STREET HAVE THE SAME LAYOUT.

*SITE DESCRIPTION*

GP COMMERCIAL

Copyright 2006 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Main File No. 9821Cl Page #6

ECHAGUE

# 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT
File No.: 9821C

**General Description**

| | | | | | |
|---|---|---|---|---|---|
| Property Type: | Single Family | | | | |
| # of Buildings: | 1 | # of Stories: | 1 | Year Built: 1961 | Actual Age: 32 YRS | Effective Age: 32 YEARS |
| Construction Type: | CONCRETE BLOCK, WOOD FRAMED ROOF | | | Total Estimated Economic Life: 49 YEARS | |
| Construction Status: | ☒ Existing  ☐ Proposed  ☐ Under Construction | | | Estimated Remaining Economic Life: 11 YEARS | |
| Quality: AVERAGE | Condition: AVERAGE | | Design or Style: (7) SEVEN-PLEX | |
| | | | Other: | |

**Building Breakdown**

| Building Identification and Areas | Floor | Net Rentable Area Sq.Ft. | Sq.Ft. | Other Net Area Describe | Total Net Area Sq.Ft. | Common Area Sq.Ft. | GBA Sq.Ft. |
|---|---|---|---|---|---|---|---|
| ONE STORY (7) SEVEN PLEX | 1 | 4,030 | 0 | | 4,030 | N/A | 4,030 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Column Totals Sq.Ft. | | 4,030 | | | 4,030 | | 4,030 |

Describe Common Building Areas: THE SUBJECT IS BUILT OF CONCRETE BLOCK WITH A STUCCO FINISH. THE FINISH IS IS CRACKING AND IN POOR CONDITION. THE PROPERTY HAS A WOOD FRAMED ROOF, WHICH IS FLAT AND HAS AN ASPHALT LAYERED COVER. THE HVAC UNITS ARE INDIVIDUAL WALL UNITS ON EACH EXTERIOR WALL.

**DESCRIPTION OF THE IMPROVEMENTS**

**Usage Breakdown – All Buildings**

| Usage Type | Total Net Sq.Ft. | Usage % |
|---|---|---|
| Office: | | 0 % |
| Retail: | | 0 % |
| Warehouse: | | 0 % |
| Manufacturing: | | 0 % |
| Distribution: | | 0 % |
| Research/Development: | | 0 % |
| Residential: | 4,030 | 100 % |

**Building Ratios – Combined**

| Item | Calculated Value |
|---|---|
| Building Efficiency Ratio (Net Building Area Sq.Ft./GBA Sq.Ft.): | 100.00 % |
| Floor Area Ratio (GBA Sq.Ft./Net Site Sq.Ft.): | 46.26 % |
| Building(s) Total Footprint: | 4,030 Sq.Ft. |
| Ground Coverage Ratio (Footprint Sq.Ft./Net Site Sq.Ft.): | 46.26 % |
| Comments: | |

**Parking Breakdown**

| Item | Description |
|---|---|
| On Site: | NONE |
| Adequacy: | ALLEY AND FRONT ON STREET |
| Covered: | NONE |
| Garage: | NONE |
| Surface: | ALLEY AND FRONT ON STREET |
| Total # of Spaces: | 7 SPACES |
| Spaces/1,000 Sq.Ft. GBA: | 1.74 |

**Industrial Features**  ☒ Not Applicable

| Item | # |
|---|---|
| # of Overhead Doors: | |
| # of Loading Bays: | |
| Floor Height (Feet): | |
| Ceiling Height (Feet): | |
| Column Spacing (Feet): | |
| Railroad Spur: | ☐ Yes ☐ No |
| Other: | |

**Other Building Features**  ☒ None Noted

| Item | Description |
|---|---|
| | |

**Improvement Rating**

| Improvement Rating | Exc. | Good | Avg. | Fair | Poor | N/A | Improvement Rating | Exc. | Good | Avg. | Fair | Poor | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Appeal/Appearance: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | Heating: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| Floor Plan/Design: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | Air Conditioning: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| Construction Quality: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | Elevators: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| Exterior Condition: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | Parking Area: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| Interior Condition: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | Fire Suppression: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| Roof Cover: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | Landscaping: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| Insulation: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | | | | | | | |
| Plumbing: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | | | | | | | |
| Electrical: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | | | | | | | |

**Building Characteristics**

| Item | Description |
|---|---|
| Foundation: | CONCRETE SLAB, NEAR THE END OF ITS USEFUL LIFE. |
| Frame: | CONCRETE BLOCK, NEAR THE END OF ITS USEFUL LIFE. |
| Exterior Walls: | CONCRETE BLOCK WITH STUCCO EXTERIOR - NEEDS REPAIRS AS CRACKING AND DAMAGE EXISTS. |
| Roof Support: | WOOD FRAME, NEAR THE END OF ITS USEFUL LIFE. |
| Roof Cover: | FLAT ROOF WITH ASPHALT COVER WITH FAIR CONDITION. |
| Interior Partitions: | CONCRETE BLOCK WALLS, NEAR THE END OF THEIR USEFUL LIFE. |
| Ceiling: | DRYWALL, NEAR THE END OF ITS USEFUL LIFE. |
| Insulation: | NONE, KNOWN BY OWNER OR APPRAISER. |
| Floor & Covering: | VINYL AND CARPET FLOORING, WHICH ARE IN AVERAGE CONDITION AND HAVE BEEN UPDATED 3 YEARS PRIOR. |

(Building Characteristics continued on next page)

Copyright © 2008 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Main File No. 9821C  Page #7

# 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT

ECHAGUE

File No.: 9821C

| Building Characteristics (continued) | |
|---|---|
| Plumbing: | COPPER PIPES, APPEARS ADEQUATE. |
| Electrical: | COPPER LINES WITH OLDER ELECTRICAL BOXES AND FUSES. |
| Heating: | INDIVIDUAL ELECTRIC UNITS ON THE WALL IN EACH UNIT. THEY VENT FROM THE EXTERIOR. |
| Air Conditioning: | INDIVIDUAL ELECTRIC UNITS ON THE WALL IN EACH UNIT. THEY VENT FROM THE EXTERIOR. |
| Elevators: | NONE |
| Fire Suppression: | NONE |

**Other Site Improvements:** NOTED ABOVE.

**Personal Property and/or Other Non-Realty Interests Included in Opinion of Value:** $ 0   NONE INCLUDED IN THE REPORT.

**Comments on the Improvements:** NOTED ON GENERAL TEXT ADDENDUM.

*DESCRIPTION OF THE IMPROVEMENTS (continued)*

Copyright © 2008 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP** COMMERCIAL

Main File No. 9321CI Page #8

ECHAGUE

# 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT     File No.: 9821C

Summary of Highest & Best Use:    THE SUBJECT PROPERTY IS SURROUNDED BY OTHER OLDER MULTI FAMILY HOMES OR SMALL APARTMENT BUILDINGS. THE SITE IS USEFUL AS IT IS CLOSE TO DOWNTOWN LAS VEGAS AND ATTRACTS TENANTS FROM ITS CLOSE LOCATION TO THE LAS VEGAS BOULEVARD. MAJORITY OF THE APARTMENT BUILDINGS WERE BUILT IN THE 1950'S 1960'S AND 1970'S. WITHIN THE NEXT 20 YEARS SIGNIFICANT UPDATES WILL NEED TO OCCUR TO THE PROPERTIES FOR THEM TO OFFER AN EFFECTIVE USE.

EVENTUALLY THE PROPERTIES IN THE AREA WILL NEED TO BE RE-BUILT OR WILL BE DEMOLISHED FOR A BETTER USE, WHICH MAY INCLUDE COMBINING SITES FOR A LARGER APARTMENT BUILDING. THE LIKELY USE WILL STAY AS MULTI-FAMILY RESIDENTIAL AS IT IS SURROUNDED BY SIMILAR PROPERTIES AND THE LIKELYHOOD OF ALL OF THE OWNERS SELLING TO A NEW OWNER FOR DIFFERING USE IS UNLIKELY.

Highest & Best Use as if vacant:    MULTI-FAMILY RESIDENTIAL

Highest & Best Use as improved:    ☒ Present use    ☐ Proposed use (explain)    ☐ Other use (explain)

Actual Use as of Effective Date:    MULTI-FAMILY RESIDENTIAL

Use as appraised in this report:    MULTI-FAMILY RESIDENTIAL

**GP COMMERCIAL**

Copyright© 2008 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPSMCOM_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE                                                          5/2008

Main File No. 9821C| Page #9

ECHAGUE

## 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT   File No: 9821C

Methodology - The Opinion of Site Value is derived by the utilization of the following method(s) (see attached addenda for details):

☐ Sales Comparison   ☒ Allocation Method   ☒ Extraction Method   ☐ Land Analysis (see attached addendum)

☐ Other Method (describe)

Methodology Comments:   NO LOT SALES WERE FOUND WITH SIMILAR UTILITY IN THE NEIGHBORHOOD OR MARKET SEGMENT AS THE AREA WAS BUILT IN THE 1960'S AND IS FULLY BUILT OUT. I FOUND A FIRE SALE, BUT THE HOME HAD SOME PARTIAL USE LEFT AS IMPROVEMENTS. THE ALLOCATION AND EXTRACT METHODS WILL BE USED TO ESTIMATE THE SITE VALUE.

| FEATURE | SUBJECT PROPERTY | COMPARABLE SITE NO. 1 | | COMPARABLE SITE NO. 2 | | COMPARABLE SITE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address 2212 SUNRISE AVENUE | | N/A | | N/A | | N/A | |
| LAS VEGAS, NV 89101-5034 | | | | | | | |
| Proximity to Subject | | | | | | | |
| Lot/Map Identifier | | | | | | | |
| Sale/Deed Reference | N/A | | | | | | |
| Data Source(s) | | | | | | | |
| Verification Source(s) | | | | | | | |
| Sale Price | $ | | $ | | $ | | $ |
| C.E. ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust |
| Rights Appraised | | | | | | | |
| Date of Sale/Time | | | | | | | |
| Conditions of Sale | | | | | | | |
| Sale Concessions | | | | | | | |
| Cash Equivalent Price | $ | | $ | | $ | | $ |
| C.E. Price/ Sq.Ft. | $ | | $ | | $ | | $ |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust |
| Net Site Area (in Sq.Ft.) | 8,712 | | | | | | |
| Location | MOSS TRACT | | | | | | |
| Topography | | | | | | | |
| Shape/Utility | | | | | | | |
| Utilities | | | | | | | |
| Site Improvements | | | | | | | |
| PARKING | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total, in $) | | ☐ + ☐ – $ | | ☐ + ☐ – $ | | ☐ + ☐ – $ | |
| | | Net      % | | Net      % | | Net      % | |
| Adjusted Sale Price (in $) | | Gross   % $ | | Gross   % $ | | Gross   % $ | |

Comments/Analysis of Comparable Sites:   N/A

Comments/Analysis of Excess Land (if applicable):   NO EXCESS LAND EXISTS AS THE IMPROVEMENTS UTILIZE THE FULL LOT.

| | | | | | |
|---|---|---|---|---|---|
| Net Site – Indicated Value | | | | | |
| Net Site Area: | 8,712 Sq.Ft. | X | Indicated Value of Net Site per Unit Area: $ | 4.59 = $ | 40,000 |
| Excess Land – Indicated Value (if applicable) | | | | | |
| Excess Land Area: | N/A Sq.Ft. | X | Indicated Value of Excess Land per Unit Area: $ | = $ | |
| | INDICATED VALUE OF THE SUBJECT TOTAL SITE (Net Site Indicated Value + Excess Land Indicated Value) | | | = $ | 40,000 |

*(left margin vertical text: SITE VALUATION)*

Copyright© 2006 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP** COMMERCIAL   Form GPSMCOM_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   5/2006

Main File No. 9821CI Page # 16

## 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT

ECHAGUE

File No.: 9821C

| This Cost Approach Analysis is based upon: | [ ] Replacement Cost New, or | [X] Reproduction Cost New (see comments) |
|---|---|---|

Source of Cost Data: MARSHALL SWIFT COST ESTIMATOR

| Multipliers: | Comments on cost data, multipliers, etc.: SET IN FIGURES GIVEN. |
|---|---|
| Current Multiplier: 1.07 | |
| Local Multiplier: 1.14 | |

COST APPROACH

**Structure Breakdown**

| Building or Component | Area Sq.Ft. | | Unit Cost $/Sq.Ft. | | Basic Cost | | Current Multiplier | | Cost |
|---|---|---|---|---|---|---|---|---|---|
| BUILDING IMPROVEMENTS | 4,030 | X | 52.10 | = $ | 209,963 | X | 1.07 | = $ | 224,660 |
| | | | | | | Local Multiplier: | X | 1.14 | |
| | | | | | | Area Multiplier: | X | | 0 |
| | | | | | | Story Height Multiplier: | X | | 0 |
| | | | | | | | BUILDING = $ | | 239,357 |

| Building or Component | Area Sq.Ft. | | Unit Cost $/Sq.Ft. | | Basic Cost | | Current Multiplier | | Cost |
|---|---|---|---|---|---|---|---|---|---|
| FLOORING | 4,030 | X | 6.00 | = $ | 24,180 | X | 1.07 | = $ | 25,873 |
| | | | | | | Local Multiplier: | X | 1.14 | |
| | | | | | | Area Multiplier: | X | | 0 |
| | | | | | | Story Height Multiplier: | X | | 0 |
| | | | | | | | BUILDING = $ | | 29,495 |

| Building or Component | Area Sq.Ft. | | Unit Cost $/Sq.Ft. | | Basic Cost | | Current Multiplier | | Cost |
|---|---|---|---|---|---|---|---|---|---|
| | | X | | = $ | | X | | = $ | |
| | | | | | | | | X | |
| | | | | | | | | X | |
| | | | | | | | | X | |
| | | | | | | | BUILDING = $ | | |
| | | | | ALL BUILDINGS – TOTAL COST NEW = $ | | | | | 268,852 |

**Site Improvements & Additional Items**

| Description | Quantity | | Unit Cost | | Basic Cost | | Current Multiplier | | Cost |
|---|---|---|---|---|---|---|---|---|---|
| PATIO AND FENCE/LANDSCAPING | 4,682 | X | 4.00 | = $ | 18,728 | X | 1.07 | = $ | 20,039 |
| OVEN/STOVE | 7 | X | 300.00 | = $ | 2,100 | X | 1.07 | = $ | 2,247 |
| FRIDGE | 7 | X | 300.00 | = $ | 2,100 | X | 1.07 | = $ | 2,247 |
| | | | | | | | | = $ | 24,533 |
| | | | | | | | Local Multiplier: | X | 0 |
| | | | | SITE IMPROVEMENTS & ADDITIONAL ITEMS – TOTAL COST NEW = $ | | | | | |
| | | | | ALL IMPROVEMENTS – TOTAL COST NEW = $ | | | | | 333,385 |

**Entrepreneurial Profit & Soft Costs**

| Description | | % | | All Improvements Total Cost New | | Cost |
|---|---|---|---|---|---|---|
| ENTREPRENEURIAL PROFIT SET FROM DEVELOPER INTERVIEWS | | 15 | X | 333,385 | = $ | 50,008 |
| | | | X | | = $ | |
| | ENTREPRENEURIAL PROFIT & SOFT COSTS – TOTAL COST NEW = $ | | | | | 50,008 |
| | | | | GRAND TOTAL – COST NEW = $ | | 383,393 |

**Physical Depreciation – Long-lived Items**

| Description | Effective Age | Economic Life | Depreciation % | And/Or Lump Sum | | Depreciation Amount |
|---|---|---|---|---|---|---|
| BUILDING IMPROVEMENTS | 49 | 60 | 81.67 | $ | $ | 195,483 |
| FLOORING | 3 | 10 | 30.00 | $ | $ | 8,649 |
| | | | | $ | $ | |
| | | | | $ | $ | 204,332 |

**Physical Depreciation – Short-lived Items**

| Description | Effective Age | Economic Life | Depreciation % | And/Or Lump Sum | | Depreciation Amount |
|---|---|---|---|---|---|---|
| PATIO AND FENCE/LANDSCAPING | 40 | 50 | 80.00 | $ | $ | 14,982 |
| OVEN/STOVE | 3 | 20 | 15.00 | $ | $ | 315 |
| FRIDGE | 3 | 20 | 15.00 | $ | $ | 315 |
| | | | | $ | $ | 15,612 |

**Functional Obsolescence**

| Description | | Depreciation % | | And/Or Lump Sum | | Depreciation Amount |
|---|---|---|---|---|---|---|
| | | | $ | | $ | |

**Economic Obsolescence**

| Description | | Depreciation % | | And/Or Lump Sum | | Depreciation Amount |
|---|---|---|---|---|---|---|
| POOR ECONOMIC CONDITIONS | | 25 | $ | | $ | 95,848 |

| | (Cost Approach continued on next page) | TOTAL DEPRECIATION = $ ( | 315,792 |
|---|---|---|---|

Copyright 2008 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPSM/COM_LT – "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE                                    5/2008

## 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT

ECHAGUE
File No.: 9821C

| | |
|---|---:|
| TOTAL DEPRECIATION = $( | 315,792 |
| DEPRECIATED VALUE OF THE IMPROVEMENTS = $ | 67,601 |
| OPINION OF NET SITE VALUE = $ | 40,000 |
| OPINION OF VALUE OF EXCESS LAND = $ | |
| OPINION OF VALUE OF PERSONAL PROPERTY and/or OTHER NON-REALTY INTERESTS INCLUDED = $ | 0 |
| OTHER ITEM(S) AFFECTING THE COST APPROACH VALUE (if applicable) = $ | |
| INDICATED VALUE BY COST APPROACH = $ | 107,601 |
| FINAL INDICATION OF VALUE BY COST APPROACH (ROUNDED) = $ | 107,600 |

Comments/Analysis of the Cost Approach:    THE COST APPROACH IS LESS EFFECTIVE THE OLDER THE PROPERTY IS. THE APPROACH REQUIRES ESTIMATES OF THE REMAINING LIFE, CURRENT COSTS, AND LEVELS OF DEPRECIATION. THE COST APPROACH HAS A HIGH LEVEL OF ERROR THAN THE SALES COMPARISON APPROACH WHICH WILL BE RELIED UPON MORE IN THIS REPORT.

COST APPROACH (continued)

GP COMMERCIAL
Copyright© 2006 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPSMCOM_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
5/2006

Main File No. 9821C Page #12

# 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 9821C

ECHAGUE

| FEATURE | SUBJECT PROPERTY | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2212 SUNRISE AVENUE | 409 W ADAMS AVENUE | | 2112 SUNRISE AVENUE | | 217 N 9TH STREET | |
| | LAS VEGAS, NV 89101-5034 | LAS VEGAS, NV 89106 | | LAS VEGAS, NV 89101 | | LAS VEGAS, NV 89101 | |
| Proximity to Subject | | | | | | | |
| Building Usage/Name | 7 UNIT APARTMENT | 7 UNIT APARTMENT BUILDING | | 7 UNIT APARTMENT BUILDING | | 8 UNIT APARTMENT BUILDING | |
| Sale/Deed Reference | N/A | CO-STAR/COUNTY RECORDS | | CO-STAR/COUNTY RECORDS | | CO-STAR/COUNTY RECORDS | |
| Data Source(s) | N/A | DOC # 200911602616 | | DOC # 201001140060 | | DOC # 201004150429 7 | |
| Verification Source(s) | N/A | CO-STAR/COUNTY RECORDS | | CO-STAR/COUNTY RECORDS | | CO-STAR/COUNTY RECORDS | |
| Sale Price | $ N/A | $ 100,000 | | $ 160,000 | | $ 150,000 | |
| C.E. ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Date of Sale/Time | N/A | 11/16/2009 - 299 DAYS | | 01/14/2010 - 83 DAYS | | 04/15/2010 - 105 DAY | |
| Conditions of Sale | N/A | REO-SALE | | SHORT SALE | | REO-SALE | |
| Sale Concessions | N/A | NONE NOTED | | NONE NOTED | | NONE NOTED | |
| Basement Finish Area | N/A | N/A | | N/A | | N/A | |
| Cash Equivalent Price | $ | $ 100,000 | | $ 160,000 | | $ 150,000 | |
| C.E. Price/GBA | | $ 36.66 | | $ 29.77 | | $ 40.85 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust |
| Net Building Area | 4,030 sq ft. | 2,728 sq ft. | | 5,375 sq ft. | | 3,672 sq ft. | |
| Gross Building Area | 4,030 sq ft. | 2,728 sq ft. | +26,040 | 5,375 sq ft. | -26,900 | 3,672 sq ft. | +7,160 |
| Net Site Area (in Sq.Ft) | 8,712 | 7,000 SQ FT | 0 | 8,276 SQ FT | 0 | 6,970 SQ FT | 0 |
| Location | MOSS TRACT | HFM& M ADD | | MOSS TRACT | | BUCKS SUBDVSN. | |
| Type of Construction | CONCRETE BLOCK, | CONCRETE BLOCK | | CONCRETE BLOCK | | CONCRETE BLOCK | |
| Construction Quality | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Age | 49 YEARS | 54 YEARS | | 49 YEARS | | 68 YEARS | |
| Condition | FAIR | FAIR | | FAIR | | FAIR | |
| Parking | ADEQUATE | ADEQUATE | | ADEQUATE | | ADEQUATE | |
| AMENITIES | GATED COURTYRD | SIMILAR | | SIMILAR | | SIMILAR | |
| # OF RENTABLE UNITS | 7 UNITS | 7 UNITS | | 7 UNITS | | 8 UNITS | -10,000 |
| | | | | | | | |
| Basement Total Area | | | | | | | |
| Net Adjustment (Total, in $) | | ☒ + ☐ - $ 26,040 | | ☐ + ☒ - $ -26,900 | | ☐ + ☒ - $ -2,840 | |
| | | Net 26.0 % | | Net 16.8 % | | Net 1.9 % | |
| | | Gross 26.0 % $ 126,040 | | Gross 16.8 % $ 133,100 | | Gross 11.4 % $ 147,160 | |
| Adjusted Sale Price (in $) | | | | | | | |
| Comments/Analysis of Comparable Sales: | See attached addenda. | | | | | | |

| | | |
|---|---|---|
| Subject GBA: | 4,030 Sq.Ft. X $ 31.76 /Sq.Ft. GBA: = VALUE BY SALES COMPARISON APPROACH = $ | 128,000 |
| | OPINION OF VALUE OF EXCESS LAND = $ | 0 |
| | OPINION OF VALUE OF PERSONAL PROPERTY and/or OTHER NON-REALTY INTERESTS INCLUDED = $ | 0 |
| | OTHER ITEM(S) AFFECTING THE SALES COMPARISON APPROACH VALUE (if applicable) = $ | 0 |
| | INDICATED VALUE BY SALES COMPARISON APPROACH = $ | 128,000 |
| | FINAL INDICATION OF VALUE BY SALES COMPARISON APPROACH (ROUNDED) = $ | 128,000 |

**GP** COMMERCIAL

Copyright 2008 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPSMCOM_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE                5/2008

Max Fee No. 9821CI Page #13)

ECHAGUE
File No.: 9821C

# 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT

| FEATURE | SUBJECT PROPERTY | COMPARABLE RENTAL NO. 1 | | COMPARABLE RENTAL NO. 2 | | COMPARABLE RENTAL NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2212 SUNRISE AVENUE LAS VEGAS, NV 89101-5034 | 2212 SUNRISE AVENUE LAS VEGAS, NV 89101 | | 2595 SHERWOOD STREET LAS VEGAS, NV 89104 | | 213 W NEW YORK AVENUE LAS VEGAS, NV 89102 | |
| Proximity to Subject | | | | | | | |
| Building Usage/Name | 7 UNIT APARTMENT | 7 UNIT APARTMENT BUILDING | | 10 UNIT APARTMENT BUILDING | | 10 UNIT APARTMENT BUILDING | |
| Tenant Name | N/A | N/A | | N/A | | N/A | |
| Date of Lease | MONTHLY | MONTHLY | | MONTHLY | | MONTHLY | |
| Date of Rent Survey | 05/2010 | 05/2010 | | 05/2010 | | 05/2010 | |
| Current Vacancy % | 43% | 28% | | 40% | | 30% | |
| Data Source(s) | OWNER | OWNER | | OWNER | | OWNER | |
| Verification Source(s) | INSPECTION | CO-STAR (AS OF SALE DATE) | | CO-STAR (AS OF SALE DATE) | | CO-STAR (AS OF SALE DATE) | |
| Actual Annual Rent | | $ 30,336 | | $ 36,000 | | $ 37,800 | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust |
| Type of Lease * | MONTHLY | MONTHLY | | MONTHLY | | MONTHLY | |
| Length of Lease | MONTHLY | MONTHLY | | MONTHLY | | MONTHLY | |
| Rent Concessions | NONE REPORTED | NONE REPORTED | | NONE REPORTED | | NONE REPORTED | |
| Market Conditions/Time | 30 DAYS | 30 DAYS | | 30 DAYS | | 30 DAYS | |
| Tenant Improvements | STANDARD | SIMILAR | | SIMILAR | | SIMILAR | |
| Furnishings/Fixtures | NONE | NONE | | NONE | | NONE | |
| Equipment | NONE | NONE | | NONE | | NONE | |
| Utilities | ELECTRIC | SIMILAR | | SIMILAR | | SIMILAR | |
| | | | | | | | |
| Adjusted Annual Rent | | $ 30,336 | | $ 36,000 | | $ 37,800 | |
| Adjusted Ann. Rent/SF | | $ 5.64 | | $ 6.59 | | $ 8.40 | |
| MARKET ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust |
| Gross Building Area | 4,030 sq.ft. | 5,375 sq.ft. | | 5,460 sq.ft. | | 4,500 sq.ft. | |
| Tenant Area Compared | 4,030 sq.ft. | 5,375 sq.ft. | -3,600 | 5,460 sq.ft. | -3,600 | 4,500 sq.ft. | -1,800 |
| Net Site Area (in Sq.Ft.) | 8,712 | 8,276 | | 8,276 | | 8,276 | |
| Location | MOSS TRACT | MOSS TRACT | | SHERWOOD APTS | | SHERWOOD APTS | |
| Type of Construction | CONCRETE BLOCK, | CONCRETE BLOCK, | | CONCRETE BLOCK, | | CONCRETE BLOCK, | |
| Construction Quality | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Age | 49 YEARS | 49 YEARS | | 48 YEARS | | 54 YEARS | |
| Condition | FAIR | FAIR | | FAIR | | FAIR | |
| Parking | ADEQUATE | SIMILAR | | SIMILAR | | SIMILAR | |
| # OF UNITS | 7 UNITS | 7 UNITS | | 10 UNITS | -10,000 | 10 UNITS | -10,000 |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total, in $) | | ☐ + ☒ – $ -3,600 | | ☐ + ☒ – $ -13,600 | | ☐ + ☒ – $ -11,600 | |
| Indicated Market Rent (in $) | | Net 11.9 % Gross 11.9 % $ 26,736 | | Net 37.8 % Gross 37.8 % $ 22,400 | | Net 31.2 % Gross 31.2 % $ 26,000 | |

*Lease Type Abbreviations:* G = Gross Lease; N = Net Lease; NNN = Triple Net; MG = Modified Gross; P = Expense Pass Through; O = Sales Overage Rents; C = Common Area Maintenance; R = Renewal Option

Comments/Analysis of Comparable Rentals: THE LEASES ARE TYPICALLY 6 MONTHS TO BEGIN WITH AND THEN REVERT TO MONTHLY LEASES. HOWEVER CURRENTLY MANY LANDLORDS ARE ACCEPTING MONTHLY LEASES FROM THE START AND ACCEPTING LITTLE OR NO SECURITY DEPOSIT OR 1 MONTHS FREE RENT. NO SPECIFIC LEASE CONCESSIONS WERE REPORTED.

*(left margin, vertical text)* COMPARABLE RENTALS ANALYSIS

Copyright© 2006 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
form GPSMC04A_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE                    5/2006

GP COMMERCIAL

Main File No. 9821CI Page # 14

# 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT

ECHAGUE
File No.: 9821C

| Tenant Name or Suite # | Tenant Rented Area Sq. Ft. | Beginning Date of Lease | Length (Term) of Lease | Type of Lease * | Current Annual Rent in $ | Current Annual Rent $/SF | Indicated Annual Market Rent in $ | Indicated Annual Market Rent $/SF |
|---|---|---|---|---|---|---|---|---|
| SUITE # 1 (VACANT) | 420 | VACANT | | | 0 | | 3,960 | 330.00 |
| SUITE # 2 (RENTED) | 540 | 11/2009 | MONTHLY | NET | 4,200 | 7.78 | 4,200 | 350.00 |
| SUITE # 3 (VACANT) | 540 | VACANT | | | | | 4,200 | 350.00 |
| SUITE # 4 (VACANT) | 540 | VACANT | | | | | 4,200 | 350.00 |
| SUITE # 5 (VACANT) | 640 | VACANT | | | | | 5,400 | 450.00 |
| SUITE # 6 (RENTED) | 640 | 09/2009 | MONTHLY | NET | 6,000 | 9.38 | 5,400 | 450.00 |
| SUITE # 7 (RENTED) | 640 | 09/2008 | MONTHLY | NET | 6,000 | 9.38 | 5,400 | 450.00 |
| | | | | | | | | |
| **Column Totals** | 3,960 | | | | 16,200 | | 32,760 | |

\* Lease Type Abbreviations:    G = Gross Lease; N = Net Lease; NNN = Triple Net; MG = Modified Gross; P = Expense Pass Through; O = Sales Overage Rents;
C = Common Area Maintenance; R = Renewal Option

| | | | |
|---|---|---|---|
| Current Vacancy: **57 %**   Range of Current Ann. Rents: $**330**   to $**500**.   Range of Ann. Market Rents: $**300**.   to $**650**. |

Describe Expense Pass Throughs:   LANDLORD PAYS WATER/TRASH (APPROX $160 PER MONTH)

Typical Ann. Tenant Improvement Allowance:  $        0    Leases Expiring Within the Next One Year -  Total # of Leases:   NONE   Total Sq. Ft.

Typical Lease Terms:   MONTHLY WITH A POSSIBLE START OF 6 MONTH TERMS.

Renewal Options:   NONE

Provisions for Rent Change:   NONE

Common Area Maintenance:   NONE

Rent Concessions:   NONE NOTED

Comments on the Subject Lease Terms:   THE LEASE TERMS OF MONTHLY ARE TYPICAL FOR THE MARKET AREA.  FEW 6 MONTH AND 1 YEAR
TERMS EXIST IN THE SUBJECTS MARKET SEGMENT.

Reconciliation of Subject Lease Terms with the Market:   THE VACANCY LEVELS IN THE SUBJECT PROPERTY CAN BE IMPROVED TO 60 TO 70%,
HOWEVER A FOUND A NO BUILDINGS WITH FULL OCCUPANCY WHICH ARE SIMILAR TO THE SUBJECT PROPERTY.

Copyright 2008 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPSMOGM_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE                                              5/2008

GP COMMERCIAL

# 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT

Main File No. 9321C1 Page # 15

ECHAGUE

File No: 9821C

**Comments/Analysis of the Subject Historical Expenses:** A NET LEASE IS TYPICAL FOR THE MARKET. ALL OF THE SALES AND DATA SUGGEST THAT THE LANDLORD SHOULD PAY TRASH AND WATER AND THE BUILDING HAS INDIVIDUAL METERS FOR ELECTRICITY WHICH IS THE ONLY TENENT EXPENSE. INTERNET OR TELEPHONE IS AVAILABLE, BUT WOULD BE A TENENT EXPENSE.

### INCOME:

| Item | ACTUAL From: | To: | Comment | FORECASTED (non-stabilized) | Comment |
|---|---|---|---|---|---|
| Annual Rent | $ 16,200 | | CURRENT RENTS | $ 32,760 | CURRENT RENTS AT 70% OCCUPANCY) |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| Potential Gross Income | $ 16,200 | | | $ 32,760 | |
| Vacancy         (% of PGI) | % | | | 30 % | |
| & Collection Loss | $( ) | | | $( 9,828 ) | |
| | $ | | | $ | |
| | $ | | | $ | |
| Effective Gross Income | $ 16,200 | | | $ 22,932 | |

### EXPENSES:

| Item | ACTUAL | Comment | FORECASTED (non-stabilized) | Comment |
|---|---|---|---|---|
| Property        (% of EGI) | % | | % | |
| Management | $ | | $ | |
| Property Taxes | $ 1,610 | | $ 1,610 | |
| Insurance | $ 1,200 | | $ 1,200 | |
| Electricity | $ | | $ | |
| Gas | $ | | $ | |
| Water | $ 1,440 | | $ 1,440 | |
| Sewer | $ | | $ | |
| Janitorial | $ | | $ | |
| Maintenance | $ | | $ | |
| HVAC Maintenance | $ | | $ | |
| Elevation Maintenance | $ | | $ | |
| Trash Removal | $ 480 | | $ 480 | |
| | $ | | $ | |
| | $ | | $ | |
| | $ | | $ | |
| | $ | | $ | |
| Reserves | $ | | $ | |
| Total Expenses | $ 4,730 | | $ 4,730 | |
| Net Operating Income | $ 11,470 | | $ 18,202 | |
| Expenses in $/SF GBA: | $ 1.17 /SF GBA | | $ 1.17 /SF GBA | |
| Expense Ratio: | 29.20 % | | 20.63 % | |

**Comments/Analysis of the Subject Income & Expenses:** THE NET INCOME IS ESTIMATED TO BE $18,202 ANNUALLY. THIS WILL TAKE AN ESTIMATED 6 MONTHS TO REACH THE 70% OCCUPANCY LEVEL FOR THE BUILDING.

Copyright© 2006 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPSMCOM_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE                    5/2006

## 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT

ECHAGUE
File No.: 9821C

Comments on the Income Capitalization Methodologies Used:    A CAPITALIZATION RATE WAS CREATED BY LOOKING AT RECENT SALES AND BY REPORTING CURRENT INDUSTRY CAP RATES FROM KORPAZ AND CO-STAR SERVICES.

### Capitalization Rate Extraction from Comparable Sales

| Comparable Property Name or Address | Date of Sale | Sale Price | Net Operating Income | Capitalization Rate | Source and/or Comments |
|---|---|---|---|---|---|
| 212 SUNRISE AVENUE | 01/14/2010 | $ 160,000 | $ 28,416 | 17.76 % | CO-STAR, COUNTY RECORDER, AGENT |
| 2596 SHERWOOD STREET | 07/31/2009 | $ 280,000 | $ 20,480 | 7.31 % | CO-STAR, COUNTY RECORDER, AGENT |
| 213 W NEW YORK AVENUE | 08/03/2009 | $ 400,000 | $ 35,880 | 8.97 % | CO-STAR, COUNTY RECORDER, AGENT |
| | | $ | $ | % | |
| | | $ | $ | % | |
| | | $ | $ | % | |

Cap. Rate Range by Sales Extraction:  From:  7.00 %  To:  18.00 %    Indicated Capitalization Rate by Sales Extraction:  12.00 %

Comments/Reconciliation of Capitalization Rate Extraction:    RECONCILING NATIONAL, LOCAL CAPITALIZATION RATES AND USING AREA SALES TO CREATE INDICATORS FOR CAP RATES WERE USED TO DETERMINE THE OVERALL CAPITALIZATION RATE FOR THE SUBJECT PROPERTY. A RATE OF 12% WAS APPLIED AS IT WAS SUPPORTED BY THE SOURCES AVAILABLE.

Other Capitalization Rate Determination Methods and Indicators Used (only if valid and appropriate for this report)

| Methodology | Addenda Attached | Indicated Cap. Rate |
|---|---|---|
| Band of Investment | ☐ | 9.00 % |
| Yield Capitalization | ☐ | 12.00 % |
| Published Study | ☐ | 12.40 % |

Comments/Reconciliation of Other Capitalization Rate Method(s) Used:    RECONCILING NATIONAL, LOCAL CAPITALIZATION RATES AND USING AREA SALES TO CREATE INDICATORS FOR CAP RATES WERE USED TO DETERMINE THE OVERALL CAPITALIZATION RATE FOR THE SUBJECT PROPERTY. A RATE OF 12% WAS APPLIED AS IT WAS SUPPORTED BY THE SOURCES AVAILABLE.

Comments/Reconciliation of the Capitalization Rate Conclusion:    THE INCOME LEVELS ARE NOT STABLE ENOUGH TO JUSTIFY PUTTING A LARGE PORTION OF WEIGHT IN DETERMINING VALUE ON THE INCOME APPROACH. INVESTORS ARE PURCHASING THESE PROPERTIES BECAUSE THEY FIND THEM TO BE A DISCOUNTED PURCHASE PRICE AND BELIEVE THAT THE FUTURE INCOME WILL JUSTIFY THE INVESTMENT.

Subject Capitalization Rate Range:  From:  9.00 %  To:  12.00 %    Indicated Capitalization Rate for the Subject Property:  12.00 %

*(vertical label: INCOME CAPITALIZATION)*

Copyright© 2008 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT

ECHAGUE

File No.: 9821C

**Comments/Analysis of the Income Approach:** THE INCOME LEVELS ARE NOT STABLE ENOUGH TO JUSTIFY PUTTING A LARGE PORTION OF WEIGHT IN DETERMINING VALUE ON THE INCOME APPROACH. INVESTORS ARE PURCHASING THESE PROPERTIES BECAUSE THEY FIND THEM TO BE A DISCOUNTED PURCHASE PRICE AND BELIEVE THAT THE FUTURE INCOME WILL JUSTIFY THE INVESTMENT.

**SUMMARY OF INCOME APPROACH**

Net Operating Income $ 18,202 / Ind. Cap. Rate: 12.00 % = INDICATED VALUE BY INCOME CAPITALIZATION = $ 151,683

OPINION OF VALUE OF EXCESS LAND = $ 0

OPINION OF VALUE OF PERSONAL PROPERTY and/or OTHER NON-REALTY INTERESTS INCLUDED = $ 0

OTHER ITEM(S) AFFECTING THE INCOME APPROACH VALUE (if applicable) = $ 0

INDICATED VALUE BY INCOME APPROACH = $ 151,683

FINAL INDICATION OF VALUE BY INCOME APPROACH (ROUNDED) = $ 151,700

Main File No. 9621CI Page #18

## 5+ UNIT MULTI-FAMILY RESIDENTIAL APPRAISAL SUMMARY REPORT

ECHAGUE
File No.: 9621C

| | | |
|---|---|---|
| Value Indication - Total Site Value: | $ | 40,000 |
| Value Indication - Cost Approach: | $ | 107,600 |
| Value Indication - Sales Comparison Approach: | $ | 128,000 |
| Value Indication - Income Approach: | $ | 151,700 |
| Opinion of Value of any Personal Property and/or Other Non-Realty Interests Included: | $ | 0 |

Final Reconciliation: THE SALES COMPARISON ANALYSIS IS GIVEN THE MOST WEIGHT TO DETERMINE MARKET VALUE AS IT BEST REFLECTS BUYER/SELLER INTERACTIONS IN THE MARKET PLACE. THE COST APPROACH AND INCOME APPROACH PROVIDE ADDITIONAL SUPPORT TO THE SUBJECTS VALUE CONCLUSION.

**FINAL RECONCILIATION**

DATE OF REPORT: 05/25/2010        DATE OF INSPECTION: 05/10/2010

Based on the degree of inspection of the Subject Property, as indicated below, the defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the Subject Property is:

OPINION OF VALUE (as defined) $ 128,000        (as is) and/or $              (other, describe)

EFFECTIVE DATE(S) OF VALUE: 05/10/2010        (as is) and/or              (other, describe)

A true and complete copy of this report contains ___ pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

**ATTACHMENTS**

Attached Exhibits:
- ☒ Scope of Work
- ☒ Sketch Addendum
- ☐ Additional Rentals
- ☒ Map Addenda
- ☐ Income/Expense Analysis
- ☒ Limiting Cond./Certification
- ☐ Cost Addendum
- ☐ Hypothetical Conditions
- ☐ Narrative Addendum
- ☐ Flood Addendum
- ☐ Extraordinary Assumptions
- ☒ Photograph Addenda
- ☐ Additional Sales
- ☒ Extraordinary Assumptions

If required for this assignment, further attachments may be indicated elsewhere in this report.

Client Contact:              Client Name: HECTOR ECHAGUE
E-mail:              Address:

**SIGNATURES**

**APPRAISER**

Appraiser Name: CARL BASSETT
Company: APEX APPRAISAL
Phone: (702) 228-0028        Fax: (702) 870-7525
E-mail: EMAILAPEX@COX.NET
Date of Report (Signature): 05/25/2010
License or Certification #: A.0007151-CR        State: NV
Designation:
Expiration Date of License or Certification: 1/31/2011
Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection: 05/10/2010

**SUPERVISORY APPRAISER (if required)**
**or CO-APPRAISER (if applicable)**

Supervisory or
Co-Appraiser Name: JAMES HANSEN
Company: ALLEGIANT APPRAISAL
Phone: 702-328-2247        Fax:
E-mail:
Date of Report (Signature): 05/25/2010
License or Certification #: A.00074-CG        State: NV
Designation:
Expiration Date of License or Certification: 02/28/2012
Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☒ None
Date of Inspection: NONE

GP COMMERCIAL

Copyright© 2008 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPSMCOM_LT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE        5/2008

## Assumptions & Limiting Conditions

| Property Address: 2212 SUNRISE AVENUE | City: LAS VEGAS | State: NV | Zip Code: 89101-5034 |
|---|---|---|---|

File No.: 9821C
ECHAGUE

| Building Name (if applicable): N/A | | | |
| Client: HECTOR ECHAGUE | Address: | | |
| Appraiser: CARL BASSETT | Address: 7655 ST. ROSE PKWY #100-13, LAS VEGAS, NV 89052 | | |

### STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS:

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership. The future operation of the property assumes skilled and adequate management but are not represented to be historically based.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed. — If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination. — The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand. — If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such. — The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property. — The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties. All information furnished regarding rental rates, lease terms, or projections of income and expense is from sources deemed reliable. No warranty or representation is made as to the accuracy thereof.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws. — If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner. — An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database. — An appraisal of real property is not a "property inspection" and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate. — Values for various components of the subject parcel and improvements or the value derived by one or two approaches to value as contained within this report are valid only when coupled with a summation or final opinion of value and are not to be used independently for any purpose and must be considered invalid if so used. A separate report on only a part of a whole property, particularly if the reported value exceeds the value that would be derived if the property were considered separately as a whole, must be stated as a fractional report. — Forecasts of effective demand for the highest and best use or the best fitting and most appropriate use were based on the best available data concerning the market and are subject to conditions of economic uncertainty about the future.

Per USPAP reporting standards, neither appraiser has completed an appraisal report on this property within the past 36 months.

GP COMMERCIAL

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however a la mode, inc. must be acknowledged and credited.

Form GPCMADJUA3 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    5/2008

# Scope of Work & Definitions

| | | | | | ECHAGUE |
|---|---|---|---|---|---|
| Property Address: 2212 SUNRISE AVENUE | | City: LAS VEGAS | | | File No: 9821C State: NV    Zip Code: 89101-5034 |
| Building Name (if applicable): N/A | | | | | |
| Client: HECTOR ECHAGUE | Address: | | | | |
| Appraiser: CARL BASSETT | Address: 2655 ST. ROSE PKWY #100-13, LAS VEGAS, NV 89052 | | | | |

**SCOPE OF WORK:**

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Scope of Work Comments:

**DEFINITIONS:**

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

GP COMMERCIAL    Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCVLCOM-D — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    5/2008

**Certifications**

| Property Address: 2212 SUNRISE AVENUE | | City: LAS VEGAS | State: NV | Zip Code: 89101-5034 | File No: 9821C |
|---|---|---|---|---|---|
| Building Name (if applicable): N/A | | | | | |
| Client: HECTOR ECHAGUE | Address: | | | | |
| Appraiser: CARL BASSETT | Address: 2855 ST. ROSE PKWY #100-11, LAS VEGAS, NV 89052 | | | | |

**APPRAISER'S CERTIFICATION:**

I certify that, to the best of my knowledge and belief:

— The statements of fact contained in this report are true and correct.

— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

— I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

— My engagement in this assignment was not contingent upon developing or reporting predetermined results.

— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

— I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**ADDITIONAL CERTIFICATIONS:**

| Client Contact: | Client Name: HECTOR ECHAGUE |
|---|---|
| E-mail: | Address: |

| **APPRAISER** | **SUPERVISORY APPRAISER (if required)**<br>**or CO-APPRAISER (if applicable)** |
|---|---|
| | Supervisory or |
| Appraiser Name: CARL BASSETT | Co-Appraiser Name: JAMES HANSEN |
| Company: APEX APPRAISAL | Company: ALLEGIANT APPRAISAL |
| Phone: (702) 228-0073    Fax: (702) 870-7525 | Phone: 702-328-2247    Fax: |
| E-mail: EMAILAPEX@COX.NET | E-mail: |
| Date Report Signed: 05/25/2010 | Date Report Signed: 05/25/2010 |
| License or Certification #: A.0007151-CR    State: NV | License or Certification #: A.0074-CG    State: NV |
| Designation: | Designation: |
| Expiration Date of License or Certification: 1/31/2016 | Expiration Date of License or Certification: 07/28/2012 |
| Inspection of Subject  ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject  ☐ Interior & Exterior  ☐ Exterior Only  ☒ None |
| Date of Inspection: 05/10/2010 | Date of Inspection: NONE |

Copyright 2002 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPSMCOMAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE          5/2008

**GP COMMERCIAL**

Supplemental Addendum

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2212 SUNRISE AVENUE | | | | | |
| City | LAS VEGAS | | County | CLARK | State | NV | Zip Code | 89101-5034 |
| Lender | HECTOR ECHAGUE | | | | | |

**Highest & Best Use Explanation**
CONSIDERING THE LEGAL RESTRICTIONS, PHYSICAL CHARACTERISTICS OF THE PROPERTY, SURROUNDING DEVELOPMENT TRENDS AND MARKET DEMAND, THE HIGHEST AND BEST USE OF THE SUBJECT IS CONSIDERED TO BE CONSISTENT WITH THE CURRENT SINGLE FAMILY RESIDENTIAL USE.

**Definition of Inspection**
THE TERM "INSPECTION," AS USED IN THIS REPORT, IS NOT THE SAME LEVEL OF INSPECTION THAT IS REQUIRED FOR A "PROFESSIONAL HOME INSPECTOR." THE APPRAISER DOES NOT FULLY INSPECT THE FOUNDATION, ELECTRICAL SYSTEM, PLUMBING SYSTEMS, MECHANICAL SYSTEMS, FLOOR STRUCTURE, HVAC SYSTEMS, AND OR SUBFLOOR/ATTIC. THE APPRAISER IS NOT AN EXPERT IN CONSTRUCTION MATERIALS AND CANNOT IDENTIFY SPECIFIC REPAIRS UNLESS THEY ARE VISIBLY OBVIOUS. THE PURPOSE OF THE APPRAISAL IS TO MAKE AN ECONOMIC EVALUATION OF THE SUBJECT PROPERTY. IF THE CLIENT NEEDS A MORE DETAILED INSPECTION OF THE PROPERTY, A HOME INSPECTION, BY A PROFESSIONAL HOME INSPECTOR, IS SUGGESTED.

**Scope of Work**
THE INFORMATION IN THE REPORT WAS ANALYZED AND BELIEVED TO BE ACCURATE, APPRAISAL METHODS AND TECHNIQUES WERE EMPLOYED, AND THE REASONING SUPPORTS THE OPINIONS AND CONCLUSIONS FOUND IN THIS REPORT.

**Intended Use**
THE INTENDED USE OF THE APPRAISAL REPORT IS IDENTIFIED FOR A BANKRUPTCY PROCEEDING, "FOR THE CLIENT TO EVALUATE THE PROPERTY THAT IS THE SUBJECT PROPERTY."

**Client**
THE APPRAISER WAS ENGAGE BY HECTOR ECHAGUE, WHO IS CONSIDERED THE CLIENT FOR THIS ASSIGNMENT.

**Analysis and Report Form**
THE APPRAISAL IS BASED ON THE INFORMATION GATHERED BY THE APPRAISER FROM PUBLIC RECORDS, THE GLVAR MLS RECORDS, INSPECTION OF THE SUBJECT PROPERTY AND MARKET AREA, AS WELL AS THE SELECTION OF COMPARABLE SALES, LISTINGS, PENDING SALES, AND/OR RENTALS WITHIN THE SUBJECT MARKET AREA. THE ORIGINAL SOURCE OF THE COMPARABLE DATA DESCRIBED IN THE DATA SOURCE IS DISCLOSED IN THE COMPARABLE SALES GRID. THE SOURCES AND DATA ARE CONSIDERED RELIABLE. WHEN CONFLICTING INFORMATION WAS PROVIDED THE SOURCE DEEMED MOST RELIABLE WAS USED.

**Intended Users**
IN ADDITION TO THE CLIENT NAMED ABOVE OTHER INTENDED USERS IDENTIFIED BY THE CLIENT AT THE TIME OF ENGAGEMENT INCLUDING THE CLIENTS EMPLOYEE'S, PERSONNEL, THE CLIENTS ASSIGNS, AND ANY APPLICABLE FEDERAL AND STATE REGULATORY AGENCIES HAVING JURISDICTION OVER THE CLIENT INCLUDING HUD. USE OF THIS APPRAISAL AND APPRAISAL REPORT BY OTHER USERS IS NOT INTENDED BY THE APPRAISER. UNLESS OTHERWISE IDENTIFIED BY THE CLIENT AS BEING AN INTENDED USER. UNAUTHORIZED USERS MAY INCLUDE, BUT ARE NOT LIMITED TO, THE CURRENT OWNER OF THE SUBJECT PROPERTY, THE BORROWER IN A PENDING LOAN TRANSACTION, OTHER MORTGAGE LENDING INSTITUTIONS, ANY POTENTIAL BUYERS, MORTGAGE BROKERS, OUTSIDE LENDERS CONTEMPLATING PURCHASE OR MORTGAGE ACTIVITY ON THIS PROPERTY ARE URGED TO SEEK A SEPARATE OPINION OF VALUE. ANY ADDITIONAL REQUESTS IN THIS ASSIGNMENT BY THIRD PARTIES MUST BE REQUESTED IN WRITING AND MAY BE SUBJECT TO ADDITIONAL BILLING TO RECOVER COSTS ASSOCIATED WITH SUCH REQUESTS.

**• Small Income : Neighborhood Boundaries:**
THE SUBJECT IS LOCATED IN AN AREA OF SMALL INCOME MULTI FAMILY PROPERTIES. THE NEIGHBORHOOD WAS BUILT PRIMARILY IN THE 1960'S AND 1970'S. THE SUBJECT IS LOCATED WITHIN 2 MILES OF SHOPPING, PARKS, SCHOOLS, AND ENTERTAINMENT. THE SUBJECTS NEIGHBORHOOD ENJOYS AVERAGE MARKET APPEAL FOR OVERALL QUALITY, COMMUNITY AMENITIES, AND LOCATION. NO ORGANIZED ASSOCIATION OF THE MULTI-FAMILY HOMES IS KNOWN TO EXIST.

**• MARKET CONDITIONS:**
THE POPULATION OF LAS VEGAS HAS STABILIZED RECENTLY AFTER SEVERAL YEARS OF GROWTH. UNEMPLOYMENT IN NEVADA IS CURRENTLY 13.6%, ABOVE NATIONAL AVERAGES. VACANCY AVERAGES 3-10%. THERE ARE CURRENTLY NO RENT CONTROLS IN THE LAS VEGAS VALLEY. THE AVERAGE SINGLE FAMILY HOME IN SUBJECTS ZIP CODE (89101) WHICH IS THE CENTRAL LAS VEGAS AREA, INCREASED IN VALUE 2005 THE SUBJECTS ZIP CODE INCREASED IN VALUE 25% ON THE YEAR (ACCORDING TO 'STILL CLIMBING, BUT NOT QUITE AS FAST,' REVIEW JOURNAL 2/19/2006 PAGE E1). FOR 2006 THE SAME ZIP CODE INCREASED 3% COMPARED TO 2005 (LAS VEGAS VIEW JOURNAL 3/4/07 E-1, 'SLACK OF APPRECIATION'). IN 2007 HOMES IN THE SUBJECTS SUBDIVISION INCREASED IN VALUE AT -27% ACCORDING TO 'DOWN, DOWN, DOWN' LAS VEGAS REVIEW JOURNAL 02/24/2008. IN 2008 HOMES IN THE SUBJECTS ZIP CODE DEPRECIATED (-21%) ACCORDING TO 'DROP, DROP, DROP' LAS VEGAS REVIEW JOURNAL 02/22/2009. IN 2009, THE REVIEW JOURNAL HAS REPORTED IN THE ARTICLE FROM 03/09/2010, 'RATES FALLING IN ALL ZIP CODES', THAT THE SUBJECT ZIP CODE HAS DROPPED (-14%) IN 2009. PRICES APPEAR TO HAVE STABILIZED IN 2010 AS DEMAND HAS HEAD THE SUPPLY STEADY AND BANKS ARE RELEASING THE SUPPLY TO THE MARKET AT A STEADY RATE.    MOST HOMES TYPICALLY SELL IN LESS THAN 180 DAYS IF PRICED COMPETITIVELY. MAJORITY OF LOANS ARE FHA WITH SOME CONVENTIONAL AND VA BACKED LOANS.

THE SMALL INCOME MULTI FAMILY MARKET SEGMENT IS ASSUMED TO BE GOING THROUGH A SIMILAR MARKET ADJUSTMENT AS THE SINGLE FAMILY HOME MARKET. INVESTORS ARE FINDING VALUE BECAUSE THE RENTS HAVE STABILIZED AND THE MULTI-FAMILY PROPERTIES IN THE MARKET SEGMENT CAN CASH FLOW, IF THE DEBT SERVICE IS AT CURRENT MARKET VALUES.

**• Small Income : Reconciliation - Comments**
THE SALES COMPARISON ANALYSIS IS GIVEN THE MOST WEIGHT TO DETERMINE MARKET VALUE AS IT BEST REFLECTS BUYER/SELLER INTERACTIONS IN THE MARKET PLACE. THE INCOME APPROACH PROVIDES ADDITIONAL SUPPORT TO THE SUBJECTS VALUE CONCLUSION. THE COST APPROACH IS NOT THE BEST METHOD OF DETERMINING VALUE ON AN OLDER PROPERTY BECAUSE OF THE AMOUNT OF DEPRECIATION OF THE SUBJECT. THE COST APPROACH HAS BEEN COMPLETED PER CLIENTS REQUEST. THE SALES APPROACH IS STRONG BECAUSE OF THE RECENT SIMILAR SALES TO THE SUPPORT THE SUBJECT IN THE CURRENT MARKET PLACE.

**• GP Commercial Appraisal Report : Comparable Rentals - Analysis of Rental Data**
THE RENTAL DATA HAS BEEN TAKEN FROM THE GLVAR MLS. THE UNITS OF COMPARISON ARE IN DIRECT MARKET COMPETITION TO THE SUBJECT. THE RENTAL DATA SELECTED REPRESENT THE SUBJECT IN THE MARKET. ALL RENTAL AND SALES COMPARABLES WERE GIVEN WEIGHT IN DETERMINING THE MARKET VALUE OF THE SUBJECT PROPERTY.

**• GP Commercial Appraisal Report: COMPARABLE SALES:**
THE COMPARABLES SALES SELECTED REPRESENT THE SUBJECT IN QUALITY, CONDITION (ADJUSTMENTS WERE NECESSARY ON THE OLDER SALES) ARE MULTI FAMILY UNITS, AMENITIES AND APPEAL IN THE MARKET. THE COMPARABLES SELECTED ARE LOCATED INSIDE THE SUBJECTS MARKET SEGMENT. THE COMPARABLES SELECTED ARE THE BEST AVAILABLE RECENT MARKET SALES THAT REPRESENT THE SUBJECT IN THE CURRENT INCOME PRODUCING MULTI FAMILY MARKET SEGMENT. THE FOUR PLEX COMPARABLES SALES USED IN THIS APPRAISAL REPORT WERE SELECTED BECAUSE THEY ARE ALL PART OF THE SAME MARKET SEGMENT.

## Supplemental Addendum

File No. 9821C

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 2212 SUNRISE AVENUE | | | | |
| City | LAS VEGAS | County | CLARK | State | NV | Zip Code | 89101-5034 |
| Lender | HECTOR ECHAGUE | | | | |

**• URAR : Reconciliation - Reconciliation and Final Value Conclusion**
THE MOST WEIGHT IS GIVEN TO THE SALES COMPARISON APPROACH. THE RELIANCE ON THE SALES COMPARISON APPROACH IS DUE TO THE RECENT SIMILAR SALES AVAILABLE IN THE MARKET PLACE WHICH CAN REPRESENT THE SUBJECT IN THE CURRENT MARKET. THE INCOME APPROACH WAS COMPLETED, EVALUATED, AND GIVEN WEIGHT IN DETERMINING VALUE. THE COST APPROACH WAS DEVELOPED FOR THIS ASSIGNMENT.

**• URAR : Conditions of Appraisal**
NO PERSONAL PROPERTY WAS INCLUDED IN THE DETERMINATION OF VALUE. THIS APPRAISAL REPORT IS A SUMMARY REPORT ACCORDING TO USPAP. THE APPRAISER RESERVES THE RIGHT TO MAKE ANY NEEDED CORRECTIONS TO THE APPRAISAL REPORT THAT MAY BE FOUND.

PER USPAP, THE APPRAISER HAS NOT COMPLETED AN APPRAISAL ASSIGNMENT ON THIS PROPERTY WITHIN THE PAST 36 MONTHS.

MAJORITY OF THE SALES AND LISTINGS ARE BANK OWNED OR BANK INFLUENCED (SHORT SALES). FOR THIS REASON REO SALES HAVE A SIGNIFICANT IMPACT ON THE CURRENT MARKET. A TYPICAL SELLER WILL NEED TO COMPETE WITH THE BANKS IN PRICE, HOWEVER, A TYPICAL BANK WILL REQUIRE A LOWER MARKETING TIME, MEANING THAT THEY WANT A QUICK SALE. A TYPICAL INDIVIDUAL SELLER MAY ALLOW A LONGER MARKETING TIME TO OBTAIN A HIGHER PRICE IF THE PROPERTY WARRANTS GOOD CONDITION. ONE OF THE MAIN CONCERNS WHEN WORKING WITH A BANK IS THE SLOW RESPONSE WHICH CAN TAKE 1-3 MONTHS FOR AN ANSWER TO AN OFFER. MANY BUYERS WILL BE WILLING TO PAY MORE AND ONLY LOOK AT NON BANK OWNED HOMES FOR THIS REASON.

## Subject Photo Page

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2212 SUNRISE AVENUE | | | | | | |
| City | LAS VEGAS | | County | CLARK | State | NV | Zip Code 89101-5034 |
| Lender | HECTOR ECHAGUE | | | | | | |



### Subject Front

| | |
|---|---|
| 2212 SUNRISE AVENUE | |
| Sales Price | N/A |
| Gross Living Area | 4,030 |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | MOSS TRACT |
| View | MTN/NEIGHBORHD |
| Site | 8,712 |
| Quality | AVERAGE |
| Age | 49 YEARS |



### Subject Street





### Subject Rear

## SUBJECT Photographs

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 2212 SUNRISE AVENUE | | | | |
| City | LAS VEGAS | County CLARK | | State NV | Zip Code 89101-5034 |
| Lender | HECTOR ECHAGUE | | | | |



FRONT AND SIDE OF BUILDING

WEST SIDE OF BUILDING





DAMAGED STUCCO FINISH WITH CRACKS IN
FOUNDATION

DAMAGED STUCCO FINISH WITH CRACKS IN
FOUNDATION




DAMAGED STUCCO FINISH

DAMAGED STUCCO AT THE A/C UNITS AND
DOORWAYS

**SUBJECT Photograph Addendum**

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 2212 SUNRISE AVENUE | | | | |
| City | LAS VEGAS | County CLARK | | State NV | Zip Code 89104-5034 |
| Lender | HECTOR ECHAGUE | | | | |



**UNIT #5  LIVING ROOM**



**UNIT #5 KITCHEN**



**UNIT #5 BATHROOM**



**UNIT #5 BEDROOM**



**UNIT #5 BEDROOM**



**UNIT #3 KITCHEN**

## SUBJECT Photograph Addendum

| Business/Client | J&A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 7212 SUNRISE AVENUE | | | | | |
| City | LAS VEGAS | | County | CLARK | State | NV | Zip Code | 89101-5034 |
| Lender | HECTOR ECHAGUE | | | | | | |



**UNIT #3 LIVING ROOM**



**UNIT #3 BATHROOM**



**UNIT #3 BEDROOM**



**UNIT #1 KITCHEN**



**UNIT #1 DINING AREA**



**UNIT #1 BEDROOM**

## SUBJECT Photograph Addendum

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 2212 SUNRISE AVENUE | | | | |
| City | LAS VEGAS | County CLARK | | State NV | Zip Code 89101-5034 |
| Lender | HECTOR ECHAGUE | | | | |



**UNIT #1 BATHROOM**



**REAR OF SUBJECT PROPERTY**



**REAR ALLEY WAY WITH PARKING
SUBJECT TO RIGHT SIDE**



**UPDATED GATED ENTRY TO COURTYARD**



**AERIAL PHOTO OF SUBJECT**



**AERIAL PHOTO OF NEIGHBORHOOD**

Main File No. 9321C] Page #29

## Building Sketch

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 2212 SUNRISE AVENUE | | | | |
| City | LAS VEGAS | County | CLARK | State | NV | Zip Code | 69101-5034 |
| Lender | HECTOR ECHAGUE | | | | |



Main File No. 9921CI Page #30

# Location Map

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 2212 SUNRISE AVENUE | | | | |
| City | LAS VEGAS | County CLARK | | State NV | Zip Code 69101-5034 |
| Lender | HECTOR ECHAGUE | | | | |



Main File No. 9521CI Page #311

**PLAT MAP**

| Borrower/Client | N/A | | | | |
| Property Address | 2212 SUNRISE AVENUE | | | | |
| City | LAS VEGAS | County CLARK | | State NV | Zip Code 89101-5034 |
| Lender | HECTOR ECHAGUE | | | | |

## SaLES HISTORY - Page 1

Clark County Assessor's Ownership History          Page 1 of 2



# M.W. Schofield, Assessor

## PARCEL OWNERSHIP HISTORY

ASSESSOR DESCRIPTION

| CURRENT PARCEL NO. | CURRENT OWNER | RECORDED DOCUMENT NO. | RECORDED DATE | VESTING | TAX DISTRICT | ESTIMATED SIZE |
|---|---|---|---|---|---|---|

| PARCEL NO. | PRIOR OWNER(S) | RECORDED DOCUMENT NO. | RECORDED DATE | VESTING | TAX DISTRICT | ESTIMATED SIZE |
|---|---|---|---|---|---|---|
| | | | | | | |

Note: Only documents from September 15, 1999 through present are available for viewing.

NOTE: THIS RECORD IS FOR ASSESSMENT USE ONLY. NO LIABILITY IS ASSUMED
AS TO THE ACCURACY OF THE DATA DELINEATED HEREIN.



## SaLES HISTORY – Page 2

Clark County Assessor's Ownership History                                    Page 2 of 2

Government Center, 500 South Grand Central Parkway, Las Vegas, Nevada 89155-1401

702-455-3882 (INFORMATION)



Form SCHLTR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 9321C1 Page #34

## APPRAISER LICENSE

# APPRAISER CERTIFICATE

### STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY

NOT TRANSFERABLE          **REAL ESTATE DIVISION**          NOT TRANSFERABLE

This is to Certify That : **CARL A BASSETT**          Certificate Number: A-0007151-CR

Is duly authorized to act as a **CERTIFIED RESIDENTIAL APPRAISER** from the issue date to the expiration date at the business address stated here in, unless the certificate is sooner revoked, cancelled, withdrawn, or invalidated.

Issue Date: February 10, 2009          Expire Date: January 31, 2011

In witness whereof, THE DEPARTMENT OF BUSINESS AND INDUSTRY, REAL ESTATE DIVISION, by virtue of the authority vested in it by Chapter 645C of the Nevada Revised Statues, has caused this Certificate to be issued with its Seal printed thereon. This certificate must be conspicuously displayed in place of business.

FOR: APEX APPRAISAL
1777 HAJA LN
HENDERSON, NV 89012

REAL ESTATE DIVISION

ANN M McDERMOTT
Administrator

# EXHIBIT C

APPRAISAL OF REAL PROPERTY



# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
3505 THOMAS AVENUE
EAST VEGAS TRACT PLAT BOOK 1 PAGE 108 LOT 2 BLOCK 52
NORTH LAS VEGAS, NV 89030-7462

**FOR:**
HECTOR ECHAGUE

**AS OF:**
05/07/2010

**BY:**
CARL BASSETT
APEX APPRAISAL

# 2-4 UNIT RESIDENTIAL APPRAISAL SUMMARY REPORT

File No. 9624D

ECHAGUE

| | |
|---|---|
| Property Address: 3505 THOMAS AVENUE | City: NORTH LAS VEGAS  State: NV  Zip Code: 89030-7462 |
| County: CLARK | Legal Description: EAST VEGAS TRACT PLAT BOOK 1 PAGE 106 LOT 2 BLOCK 52 |

Assessor's Parcel #: 139-24-610-280
Tax Year: 2010    R.E. Taxes: $ 1776.13    Special Assessments: $ 0.00
Current Owner of Record: ECHAGUE    Borrower (if applicable):
Occupant: ☐ Owner ☐ Tenant ☒ Vacant   Project Type: ☐ PUD ☐ Other (describe)    HOA: $ N/A    ☐ per yr. ☐ per mo.
Market Area Name: EAST VEGAS TRACE    Map Reference: 29820    Census Tract: 0042.60

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the inspection date is the effective date)  ☐ Retrospective  ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☒ Cost Approach ☐ Income Approach   (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use: TO BE USED BY HECTOR ECHAGUE FOR A BANKRUPTCY PROCEEDING.

Intended User(s) (by name or type): HECTOR ECHAGUE, COUNCIL, AND ASSINEES.
Client: HECTOR ECHAGUE    Address: 3505 THOMAS AVENUE NORTH LAS VEGAS, NV 89030
Appraiser: CARL BASSETT    Address: 2855 ST. ROSE PKWY #100-13, LAS VEGAS, NV 89052

| Location | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | 2-4 Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE | AGE | One-Unit | 66 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner  20 | $(000) | (yrs) | 2-4 Unit | 18 % | ☐ Likely *  ☐ In Process * |
| Property values: | ☒ Increasing ☒ Stable ☐ Declining | ☒ Tenant  80 | 30  Low  24 | | Multi-Unit | 18 % | * To |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☒ Vacant (0-5%) | 194  High  57 | | Comm'l | 10 % | |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | 140  Pred  20-50 | | | 2 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): THE SUBJECT IS BOUND TO THE NORTH BY CHEYENNE, SOUTH BY LAKE MEAD, EAST BY NELLIS, AND WEST BY THE I-15 FREEWAY. THE SUBJECT IS LOCATED WITHIN 2 MILES OF SHOPPING, SCHOOLS AND OTHER AMENITIES. THERE ARE PARKS & PUBLIC RECREATION FACILITIES IN THE AREA. EMPLOYMENT STABILITY IS BELOW NATIONAL AVERAGES. THE NEIGHBORHOOD IS APPROXIMATELY 10-15 MINUTES FROM DOWNTOWN LAS VEGAS AND 10-15 MINUTES FROM THE LAS VEGAS BLVD WHICH ARE BOTH MAJOR EMPLOYMENT CENTERS.

Dimensions: SEE PLAT MAP APPROX 50 BY 100    Site Area: 5,000 SQ FT
Zoning Classification: MULTI-FAMILY (1-40 RESIDENTIAL FOURPLEX)    Description: MULTIPLE FAMILY RESIDENTIAL
Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Ground Rent (if applicable) $    /
Comment:

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: 05/27/2010    Use as appraised in this report: MULTIPLE FAMILY RESIDENTIAL
Summary of Highest & Best Use: THE SUBJECT IS A MULTIPLE FAMILY HOME LOCATED IN A RESIDENTIAL NEIGHBORHOOD. WHILE COMMERCIAL DEVELOPING IS LOCATED WITHIN 2 MILES OF THE SUBJECT IT APPEARS THAT THE NEIGHBORHOOD WILL STAY RESIDENTIAL.

| Utilities | Public | Other | Provider/Description | Off-site Improvements  Type | Public | Private | Frontage | |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | NV ENERGY | Street  ASPHALT | ☒ | ☐ | Topography | APPEARS LEVEL |
| Gas | ☒ | ☐ | SOUTHWEST GAS | Width | | | Size | TYPICAL FOR THE AREA |
| Water | ☒ | ☐ | CITY | Surface | | | Shape | RECTANGULAR |
| Sanitary Sewer | ☒ | ☐ | CITY | Curb/Gutter  CONCRETE | ☐ | ☐ | Drainage | APPEARS ADEQUATE |
| Storm Sewer | ☒ | ☐ | CITY | Sidewalk  CONCRETE | ☐ | ☐ | View | MTN/NEIGHBORHOOD |
| Telephone | ☐ | ☐ | | Street Lights  STEEL/TIMED | ☐ | ☐ | | |
| Multimedia | ☐ | ☐ | | Alley  NONE/TYPICAL | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area: ☐ Yes ☒ No  FEMA Flood Zone: X    FEMA Map #: 32003C2176E    FEMA Map Date: 9/27/2002
Site Comments: THE SITE HAS CINDER BLOCK WALLS, ASPHALT PAVED ROADS, CEMENT CURBING, AND STREET LIGHTS. TYPICAL EASEMENTS EXIST FOR THE SITE.

| General Description | Exterior Description | | Foundation | | Basement | ☒ None | Heating  GAS FORCD |
|---|---|---|---|---|---|---|---|
| # of Units  4  ☐ Accessory Unit | Foundation  CONCRETE/AVG | | Slab  CONCRETE | | Area Sq. Ft.  NONE | | Type  FAU |
| # Stories  2  ☐ Bldgs.  8 | Exterior Walls  STUCCO/AVG | | Crawl Space  N/A | | % Finished  NONE | | Fuel  GAS |
| Type ☒ Det. ☐ Att. | Roof Surface  TILE/ASPHLT/AVG | | Basement  N/A | | Ceiling | | |
| Design (Style)  FOURPLEX | Gutters & Dwnspts.  NONE/TYPICAL | | Sump Pump ☐ | | Walls | | Cooling  CENTRAL |
| ☒ Existing ☐ Proposed ☐ Und.Const. | Window Type  ALUM/AVERAGE | | Dampness ☐ | | Floor | | Central  X |
| Actual Age (Yrs.)  32 YEARS | Storm/Screens  NONE/TYPICAL | | Settlement | | Outside Entry | | Other |
| Effective Age (Yrs.)  32 YEARS | | | Infestation  NONE | | | | |

| Interior Description | | Appliances | # | Attic | ☒ None | Amenities | | Car Storage | ☒ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors  CPT/LVNL/AVG | | Refrigerator  4 | | Stairs ☐ | | Fireplace(s) #  N/A | Woodstove(s) # | Garage  # of cars (  Tot.) | |
| Walls  DRYWL/PNT/AVG | | Range/Oven  4 | | Drop Stair ☐ | Patio  N/A | | | Attach. | |
| Trim/Finish  PAINT/AVERAGE | | Disposal  4 | | Scuttle ☐ | Deck  N/A | | | Detach. | |
| Bath Floor  CRP/TILE/AVERAGE | | Dishwasher  4 | | Doorway ☐ | Porch  CVRD PORCH | | | Blt.-In | |
| Bath Wainscot  SOLID/AVERAGE | | Fan/Hood  4 | | Floor ☐ | Fence  BLOCK WALL | | | Carport | |
| Doors  WOOD-LIKE/AVG | | Microwave  4 | | Heated ☐ | Pool  N/A | | | Driveway | |
| | | Washer/Dryer ☐ | | Finished ☐ | | | | Surface  CONCRETE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Unit # 1 contains: | 4  Rooms; | 2  Bedrooms; | 1  Bath(s); | 771  Sq.Ft. GLA Above Grade | | | |
| Unit # 2 contains: | 4  Rooms; | 2  Bedrooms; | 1  Bath(s); | 771  Sq.Ft. GLA Above Grade | | The Total Gross Building Area | |
| Unit # 3 contains: | 4  Rooms; | 2  Bedrooms; | 1  Bath(s); | 771  Sq.Ft. GLA Above Grade | | for the Subject Property is: | |
| Unit # 4 contains: | 4  Rooms; | 2  Bedrooms; | 1  Bath(s); | 771  Sq.Ft. GLA Above Grade | | 3,672  Sq.Ft. | |

**GP 2-4 UNIT**

Copyright 2009 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GP2-4 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    4/2007

# 2-4 UNIT RESIDENTIAL APPRAISAL SUMMARY REPORT

ECHANGE
File No.: 9824C

**Additional features:** THE SUBJECT HAS A TYPICAL EFFECTIVE AGE FOR THE ACTUAL AGE. NO DEFFERED MAINTENANCE WAS RECORDED AT THE TIME OF THE INSPECTION. NO SPECIFIC ENERGY EFFICIENT ITEMS WERE UNIQUE TO THE PROPERTY.

**Describe the condition of the property (including physical, functional and external obsolescence):** THE SUBJECT IS IN AVERAGE CONDITION FOR THE ACTUAL AGE. NO DEFFERED MAINTENANCE WAS RECORDED AT THE TIME OF THE INSPECTION. THE CONDITION IS TYPICAL TO THE OVERALL MARKET SEGMENT WERE THE AVERAGE AGE OF A MULTI-FAMILY PROPERTY IS 30-50 YEARS.

The following properties are representative current, similar, and proximate rental properties comparable to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | | COMPARABLE RENTAL # 2 | | COMPARABLE RENTAL # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2505 THOMAS AVENUE | 3209 THOMAS AVENUE | | 3715 GLENDALE AVENUE | | 3017 TABOR AVENUE | |
| | NORTH LAS VEGAS, NV 89030-748 | NORTH LAS VEGAS | | NORTH LAS VEGAS | | NORTH LAS VEGAS | |
| Proximity to Subject | | 0.21 miles W | | 0.37 miles NE | | 3.78 miles W | |
| Current Monthly Rent | $        NONE | $        500 | | $        650 | | $        650 | |
| Less: Utilites | –$ | –$ | | –$ | | –$ | |
| Furnishings | –$ | –$ | | –$ | | –$ | |
| Plus: Rent Concess. | +$ | +$ | | +$ | | +$ | |
| Adj. Monthly Rent | $ | $        500 | | $        650 | | $        650 | |
| Adj. Mo. Rent / GLA | $        /sq.ft. | $        0.58 /sq.ft. | | $        0.74 /sq.ft. | | $        0.96 /sq.ft. | |
| Data Source(s) | APPRSL INSP | MLS # 1036678 PUB# 212626 | | MLS # 1017790 PUB# 012140 | | MLS # 816058 PUB# 201547 | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +/– $ Adjust | DESCRIPTION | +/– $ Adjust | DESCRIPTION | +/– $ Adjust |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | | ☐ Yes ☒ No | | ☐ Yes ☒ No | |
| Lease Date | | MONTHLY | | MONTHLY | | MONTHLY | |
| Location | TENANT OCCUPIED | EAST VEGAS TRACT | | EAST VEGAS TRACT | | EAST VEGAS TRACT | |
| Location | EAST VEGAS TRACT | | | | | | |
| Design (Style) | FOURPLEX | FOURPLEX | | DUPLEX | | FOURPLEX | |
| Age | 28 YEARS | 29 YEARS | | 46 YEARS | | 31 YEARS | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Total GBA | 2,672 sq.ft. | 7,000 sq.ft. | | 5,000 sq.ft. | | 7,841 sq.ft. | |
| Total # of Units | 4 | 4 | | 2 | | 4 | |
| Total GLA | 3,084 sq.ft. | 868 sq.ft. | | 880 sq.ft. | | 676 sq.ft. | |
| Unit Breakdowns | Tot.Bed. Baths GLA | Tot.Bed. Baths GLA | | Tot.Bed. Baths GLA | | Tot.Bed. Baths GLA | |
| Unit # 1 | 4  2    1    771 | 4  2    1    868 | | 4  2    1    880 | | 4  2    1    676 | |
| Unit # 2 | 4  2    1    771 | | | | | | |
| Unit # 3 | 4  2    1    771 | | | | | | |
| Unit # 4 | 4  2    1    771 | | | | | | |
| OPEN PARKING | OPEN PARKING | OPEN PARKING | | OPEN PARKING | | OPEN PARKING | |
| TYPE / STYLE | FOURPLEX | FOURPLEX | | DUPLEX | | FOURPLEX | |
| Net Rental Adjustment (Total) | | ☐ +  ☐ –  $ | | ☐ +  ☐ –  $ | | ☐ +  ☐ –  $ | |
| Indicated Monthly Market Rent | | $        500 | | $        650 | | $        650 | |

Analysis of rental data:    See attached addenda.

**Rent Schedule:** The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| | Leases | | Actual Rents | | | Opinion of Market Rent | | |
|---|---|---|---|---|---|---|---|---|
| | Lease Dates | | Per Unit | | Total Rents | Per Unit | | Total Rents |
| Unit # | Begin Date | End Date | Unfurnished | Furnished | | Unfurnished | Furnished | |
| 1 | 05/2009 | MONTHLY | $ 550.00 | $ | $ 550 | $ 650.00 | $ | $ 650 |
| 2 | 01/2009 | MONTHLY | $ 650.00 | $ | $ 650 | $ 650.00 | $ | $ 650 |
| 3 | VACANT | | $ | $ | $ | $ 650.00 | $ | $ 650 |
| 4 | OWNER OCCUPIED | | $ | $ | $ | $ 650.00 | $ | $ 650 |
| Comments on lease data | | | Total Actual Monthly Rent | $ | 1,200 | Total Gross Monthly Rent | $ | 2,600 |
| | | | Other Monthly Income (itemize) | $ | | Other Monthly Income (itemize) | $ | |
| | | | Total Actual Monthly Income | $ | 1,200 | Total Estimated Monthly Income | $ | 2,600 |

Utilities included in estimated rents: ☐ Electric ☒ Water ☒ Sewer ☐ Gas ☐ Oil ☐ Trash collection ☐ Multimedia ☐ Telephone ☐ Other

**Comments on actual or estimated rents and other monthly income (including personal property):** THE DEMAND ON HOUSING AND THE RENTAL MARKET IN LAS VEGAS HAS BEEN CONSISTENT, AS THE FORECLOSURES IN LAS VEGAS IS PUTTING DEMAND ON RENTALS. I HAVE OBSERVED CONCESSIONS FOR MANY 1 YEAR LEASES. THE SUBJECT UNITS APPEAR TO RENT FROM $450 TO $900 PER UNIT. THEY KEY RENTAL FACTORS ARE THE UPDATED CONDITION, LOCATION TO FREEWAYS AND SHOPPING, AND UTILITY OF THE UNIT. THE ESTIMATED MARKETING TIME

INCOME APPROACH TO VALUE    ☒ The Income Approach was not developed for this appraisal.

**Gross Rent Multiplier Analysis:**

| Address | Date | Sale Price | Gross Rent | GRM | Comments |
|---|---|---|---|---|---|
| FROM ABOVE GIVEN DATA AND OTHER DATA. | | | | | |

| Opinion of Monthly Market Rent $ | 2,600 | X Gross Rent Multiplier | 45 | = $ | 117,000 | Indicated Value by Income Approach |
|---|---|---|---|---|---|---|

**Summary of Income Approach (including support for market rent and GRM):** GRM TAKEN FROM MARKET DATA FROM MARKET SURVEY OF RENTAL COMPARABLES. MOST MULTI FAMILY PROPERTIES ARE PURCHASE FOR THEIR CASH FLOW AS REPRESENTED BY THE INCOME APPROACH.

**GP 2-4 UNIT**

Copyright© 2003 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GP2-4 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    4/2003

# 2-4 UNIT RESIDENTIAL APPRAISAL SUMMARY REPORT

ECHAGUE
File No.: 9424C

| TRANSFER HISTORY | | |
|---|---|---|
| My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | | |
| Data Source(s): COUNTY RECORDERS OFFICE ONLINE/MLS. | | |
| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: THERE WERE NO SALES OF THE | |
| Date: NO OTHER SALES NOTED | SUBJECT PROPERTY WITHIN THE PAST 36 MONTHS. | |
| Price: IN THE PAST 36 MONTHS | | |
| Source(s): COUNTY RECORDER | | |
| 2nd Prior Subject Sale/Transfer | | |
| Date: NO OTHER SALES NOTED | | |
| Price: IN THE PAST 36 MONTHS | | |
| Source(s): COUNTY RECORDER | | |

| SALES COMPARISON APPROACH TO VALUE (if developed) ☐ The Sales Comparison Approach was not developed for this appraisal. | | | |
|---|---|---|---|
| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3505 THOMAS AVENUE | 2551 ELLIS STREET | | 3441 COLLEGE VIEW COURT | | 3609 THOMAS AVENUE | |
| | NORTH LAS VEGAS, NV 89030-7451 | NORTH LAS VEGAS | | NORTH LAS VEGAS | | NORTH LAS VEGAS | |
| Proximity to Subject | | 0.25 miles NW | | 1.35 miles N | | 0.06 miles E | |
| Sale Price | $ | | $ 90,000 | | $ 125,000 | | $ 113,000 |
| Sale Price/GBA | $ /sq.ft. | $ 29.09 /sq.ft. | | $ 33.91 /sq.ft. | | $ 36.64 /sq.ft. | |
| Gross Monthly Rent | $ 2600 | $ 2,400 | | $ 1,900 | | $ 1,300 | |
| Gross Rent Multiplier | $ | 37.50 | | 65.79 | | 86.92 | |
| Price per Unit | $ | 22,500 | | 28,250 | | 28,250 | |
| Price per Room | $ | 5,625 | | 6,563 | | 7,063 | |
| Price per Bedroom | $ | 11,250 | | 13,125 | | 14,125 | |
| Data Source(s) | | DOC# 2010042000524 | | DOC# 2010042200209 | | DOC# 2010012801266 | |
| Verification Source(s) | INSPECTION | COUNTY RCRDR/MLS #1021933 | | COUNTY RCRDR/MLS # 968316 | | COUNTY RCRDR/MLS #953697 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +/- $ Adjust | DESCRIPTION | +/- $ Adjust | DESCRIPTION | +/- $ Adjust |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | | ☐ Yes ☒ No | | ☐ Yes ☒ No | |
| Sales or Financing | N/A | CASH | | CASH | | FHA | |
| Concessions | N/A | NONE NOTED | | NONE NOTED | | NONE NOTED | |
| Date of Sale/Time | N/A | 04/20/10-56 D | | 04/22/10-180 D | | 01/28/10-205 D | |
| Rights Appraised | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Location | EAST VEGAS TRACT | SUBURBAN | | SUBURBAN | | SUBURBAN | |
| Size | 5,000 SQ FT | 8,100 SQ FT | -3,100 | 8,452 SQ FT | -4,452 | 5,000 SQ FT | |
| View | NEIGHBORHD | NEIGHBRHD | | NEIGHBRHD | | NEIGHBRHD | |
| Design (Style) | FOURPLEX | FOURPLEX | | FOURPLEX | | FOURPLEX | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Age | 32 YEARS | 33 YEARS | | 26 YEARS | | 32 YEARS | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVG +/REMODELED | -11,300 |
| Total GBA | 3,672 sq.ft. | 3,094 sq.ft. | | 3,096 sq.ft. | | 3,084 sq.ft. | |
| Total # of Units | 4 | 4 | | 4 | | 4 | |
| Total GLA | | 3,094 sq.ft. | | 3,096 sq.ft. | | 3,084 sq.ft. | |
| Unit Breakdown | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Unit # 1 | 4  2  1 | 4  2  1 | | 4  2  1 | | 4  2  1 | |
| Unit # 2 | 4  2  1 | 4  2  1 | | 4  2  1 | | 4  2  1 | |
| Unit # 3 | 4  2  1 | 4  2  1 | | 4  2  1 | | 4  2  1 | |
| Unit # 4 | 4  2  1 | 4  2  1 | | 4  2  1 | | 4  2  1 | |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | NONE | NONE | | NONE | | NONE | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FAU/CENTRAL | FAU/CENTRAL | | FAU/CENTRAL | | FAU/CENTRAL | |
| Energy Efficient Items | NONE NOTED | NONE NOTED | | NONE NOTED | | NONE NOTED | |
| Parking | 4 CAR LOT | 4 CAR LOT | | 4 CAR LOT | | CARPORT | -1,000 |
| Porch/Patio/Deck | BALCONY/PORCH | BALCONY/PORCH | | BALCONY/PORCH | | BALCONY/PORCH | |
| Amenities | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -3,100 | ☐ + ☒ - $ | -4,452 | ☐ + ☒ - $ | -12,300 |
| Adjusted Sale Price | | Net Adj. 3.4 % | | Net Adj. 3.6 % | | Net Adj. 10.9 % | |
| of Comparables | | Gross Adj. 3.4 % $ | 86,900 | Gross Adj. 3.6 % $ | 100,548 | Gross Adj. 10.9 % $ | 100,700 |
| Adjusted Price of Comparables per GBA | | $ | 28.09 | $ | 32.48 | $ | 32.65 |
| Adjusted Price of Comparables per Unit | | $ | 21,725 | $ | 25,137 | $ | 25,175 |
| Adjusted Price of Comparables per Room | | $ | 5431 | $ | 6284 | $ | 6,294 |
| Adjusted Price of Comparables per Bedroom | | $ | 10863 | $ | 12569 | $ | 12,588 |

| Indl. Val. per GBA $ | | X 3,084 | SF GBA = $ | | Indl. Val. per Unit | | X 4 | Units | = $ | |
|---|---|---|---|---|---|---|---|---|---|---|
| Indl. Val. per Rooms $ | 3,463 | X 16 | Rooms = $ | 55,458 | Indl. Val. per Bedroom $ | 2 | X 4 | Bedrooms = $ | 16 | |

Summary of Sales Comparison Approach  See attached addenda.

Indicated Value by Sales Comparison Approach $  97,000

**GP 2-4 UNIT**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPF2-4 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

4/2007

# 2-4 UNIT RESIDENTIAL APPRAISAL SUMMARY REPORT

ECHAGUE
File No.: 9824C

| COST APPROACH TO VALUE (if developed) | ☐ The Cost Approach was not developed for this appraisal. |
|---|---|

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): THERE ARE NO LOT SALES WITHIN A 5 MILE RADIUS OF THE SUBJECT WHICH ARE SIMILAR BECAUSE THE SUBJECT IS IN A DEVELOPED AREA. THE COST APPROACH IS NOT A RELIABLE METHOD OF DETERMINING VALUE IN AN OLDER PROPERTY WITH SIGNIFICANT DEPRECIATION SIMILAR TO THE SUBJECT.  THE ALLOCATION METHOD OF 20% WAS USED TO DETERMINE THE LOT VALUE.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | | = $ | 21,000 |
|---|---|---|---|---|---|---|
| Source of cost data: MARSHALL SWIFT COST ANALYSIS / ALLOCATION | DWELLING | 3,672 Sq.Ft. @ $ | 52.64 | = $ | | 193,294 |
| Quality rating from cost service: AVG   Effective date of cost data: 04/2010 | | NONE Sq.Ft. @ $ | | = $ | | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | | = $ | | |
| COST ESTIMATES ARE BASED ON MARSHALL & SWIFT HANDBOOK AND | | Sq.Ft. @ $ | | = $ | | |
| INPUT FROM LOCAL CONTRACTORS AND APPRAISERS KNOWLEDGE. | | Sq.Ft. @ $ | | = $ | | |
| THE SITE VALUE WAS ESTIMATED USING THE EXTRACTION AND | Garage/Carport | 630 Sq.Ft. @ $ | 13.40 | = $ | | 8,442 |
| ALLOCATION METHOD. | Total Estimate of Cost-New | | | = $ | | 201,736 |
| | Less Physical | Functional | External | | | |
| THE ESTIMATED REMAINING LIFE OF THE SUBJECT IS 23-28 | Depreciation 117,370 | | 6,434 | = $( | | 123,804) |
| | Depreciated Cost of Improvements | | | = $ | | 77,932 |
| | "As-Is" Value of Site Improvements | | | = $ | | 6,100 |
| | | | | = $ | | |
| | | | | = $ | | |
| Estimated Remaining Economic Life (if required): 23 Years | INDICATED VALUE BY COST APPROACH | | | = $ | | 105,032 |

| PROJECT INFORMATION FOR PUDs (if applicable) | ☐ The Subject is part of a Planned Unit Development. |
|---|---|

Legal Name of Project:

Describe common elements and recreational facilities:

| Indicated Value by: Sales Comparison Approach $ 97,000 | Income Approach $ 117,000 | Cost Approach (if developed) $ 105,032 |
|---|---|---|

Final Reconciliation  THE SALES COMPARISON ANALYSIS IS GIVEN THE MOST WEIGHT TO DETERMINE MARKET VALUE AS IT BEST REFLECTS BUYER/SELLER INTERACTIONS IN THE MARKET PLACE.  THE COST APPROACH AND INCOME APPROACH PROVIDE ADDITIONAL SUPPORT TO THE SUBJECTS VALUE CONCLUSION.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 97,000 , as of: 05/07/2010 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains ____ pages, including exhibits which are considered an integral part of this report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

| Attached Exhibits: | | | |
|---|---|---|---|
| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☐ Narrative Addendum | ☒ Photograph Addenda |
| ☒ Sketch Addendum | ☒ Map Addendum | ☐ Cost Addendum | ☐ Additional Sales |
| ☒ Additional Rentals | ☐ Income/Expense Analysis | ☐ Hypothetical Conditions | ☐ Extraordinary Assumptions | ☐ |

Client Contact: ____   Client Name: HECTOR ECHAGUE

E-Mail: ____   Address: 3505 THOMAS AVENUE NORTH LAS VEGAS, NV 89030

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *(signature)* Carl Bassett | |
| Appraiser Name: CARL BASSETT | Supervisory or Co-Appraiser Name: ____ |
| Company: APEX APPRAISAL | Company: ____ |
| Phone: (702) 228-0028   Fax: (702) 873-7525 | Phone: ____   Fax: ____ |
| E-Mail: EMAILAPEX@COX.NET | E-Mail: ____ |
| Date of Report (Signature): 05/17/2010 | Date of Report (Signature): ____ |
| License or Certification #: A.0007151-CR   State: NV | License or Certification #: ____   State: ____ |
| Designation: ____ | Designation: ____ |
| Expiration Date of License or Certification: 1/31/2011 | Expiration Date of License or Certification: ____ |
| Inspection of Subject ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 05/07/2010 | Date of Inspection: ____ |

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP 2-4 UNIT**   Form GP2-4 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   4/2007

## Supplemental Addendum

File No. 9824C

| Borrower/Client | | | |
|---|---|---|---|
| Property Address 3505 THOMAS AVENUE | | | |
| City NORTH LAS VEGAS | County CLARK | State NV | Zip Code 89030-7462 |
| Lender HECTOR ECHAGUE | | | |

**Highest & Best Use Explanation**
CONSIDERING THE LEGAL RESTRICTIONS, PHYSICAL CHARACTERISTICS OF THE PROPERTY, SURROUNDING DEVELOPMENT
TRENDS AND MARKET DEMAND, THE HIGHEST AND BEST USE OF THE SUBJECT IS CONSIDERED TO BE CONSISTENT WITH THE
CURRENT SINGLE FAMILY RESIDENTIAL USE.

**Definition of Inspection**
THE TERM "INSPECTION," AS USED IN THIS REPORT, IS NOT THE SAME LEVEL OF INSPECTION THAT IS REQUIRED FOR A
"PROFESSIONAL HOME INSPECTOR." THE APPRAISER DOES NOT FULLY INSPECT THE FOUNDATION, ELECTRICAL SYSTEM,
PLUMBING SYSTEMS, MECHANICAL SYSTEMS, FLOOR STRUCTURE, HVAC SYSTEMS, ROOF, OR SUBFLOOR/ATTIC. THE APPRAISER
IS NOT AN EXPERT IN CONSTRUCTION MATERIALS AND CANNOT IDENTIFY SPECIFIC REPAIRS UNLESS THEY ARE VISIBLY
OBVIOUS. THE PURPOSE OF THE APPRAISAL IS TO MAKE AN ECONOMIC EVALUATION OF THE SUBJECT PROPERTY. IF THE
CLIENT NEEDS A MORE DETAILED INSPECTION OF THE PROPERTY, A HOME INSPECTION, BY A PROFESSIONAL HOME
INSPECTOR, IS SUGGESTED.

**Scope of Work**
THE INFORMATION IN THE REPORT WAS ANALYZED AND BELIEVED TO BE ACCURATE, APPRAISAL METHODS AND TECHNIQUES
WERE EMPLOYED, AND THE REASONING SUPPORTS THE OPINIONS AND CONCLUSIONS FOUND IN THIS REPORT.

**Intended Use**
THE INTENDED USE OF THE APPRAISAL REPORT IS IDENTIFIED FOR A BANKRUPTCY PROCEEDING, "FOR THE CLIENT TO
EVALUATE THE PROPERTY THAT IS THE SUBJECT PROPERTY."

**Client**
THE APPRAISER WAS ENGAGE BY HECTOR ECHAGUE, WHO IS CONSIDERED THE CLIENT FOR THIS ASSIGNMENT.

**Analysis and Report Form**
THE APPRAISAL IS BASED ON THE INFORMATION GATHERED BY THE APPRAISER FROM PUBLIC RECORDS, THE GLVAR MLS
RECORDS, INSPECTION OF THE SUBJECT PROPERTY AND MARKET AREA, AS WELL AS THE SELECTION OF COMPARABLE SALES,
LISTINGS, PENDING SALES, AND/OR RENTALS WITHIN THE SUBJECT MARKET AREA. THE ORIGINAL SOURCE OF THE
COMPARABLE DATA DESCRIBED IN THE DATA SOURCE IS DISCLOSED IN THE COMPARABLE SALES GRID. THE SOURCES AND
DATA ARE CONSIDERED RELIABLE. WHEN CONFLICTING INFORMATION WAS PROVIDED THE SOURCE DEEMED MOST RELIABLE
WAS USED. OCCASIONALLY, MLS PHOTOGRAPHS WERE USED WHERE ACCESS TO THE PROPERTY WAS DENIED (MANY HOMES
IN THE LAS VEGAS AREA HAVE EITHER ELECTRONIC GATED ENTRANCES OR GUARD GATED NEIGHBORHOOD ENTERENCES
WERE SECURITY PREVENTS ACCESS). ALSO, IN SOME CASES THE MLS PHOTO IS DEEMED MORE INDICATIVE OF THE
COMPARABLE SALE FROM THE TIME OF THE SALE BECAUSE OF RECENT REMODELING OR DAMAGE TO THE HOME.

**Intended Users**
IN ADDITION TO THE CLIENT NAMED ABOVE OTHER INTENDED USERS IDENTIFIED BY THE CLIENT AT THE TIME OF ENGAGEMENT
INCLUDING THE CLIENTS EMPLOYEES, PERSONNEL, THE CLIENTS ASSIGNS, AND ANY APPLICABLE FEDERAL AND STATE
REGULATORY AGENCIES HAVING A JURISDICTION OVER THE CLIENT INCLUDING HUD. USE OF THIS APPRAISAL AND APPRAISAL
REPORT BY OTHER USERS IS NOT INTENDED BY THE APPRAISER. UNLESS OTHERWISE IDENTIFIED BY THE CLIENT AS BEING AN
INTENDED USER.

**• Small Income : Neighborhood Boundaries**
THE SUBJECT IS LOCATED IN AN AREA OF SMALL INCOME MULTI FAMILY PROPERTIES. THE NEIGHBORHOOD WAS BUILT
PRIMARILY IN THE 1970'S AND 1980'S. THE SUBJECT IS LOCATED WITHIN 2 MILES OF SHOPPING, PARKS, SCHOOLS, AND
ENTERTAINMENT. THE SUBJECTS NEIGHBORHOOD ENJOYS AVERAGE MARKET APPEAL FOR OVERALL QUALITY, COMMUNITY
AMENITIES, AND LOCATION.

**• MARKET CONDITIONS:**
THE POPULATION OF LAS VEGAS HAS STABILIZED RECENTLY AFTER SEVERAL YEARS OF GROWTH. UNEMPLOYMENT IN
NEVADA IS CURRENTLY 13.6%, ABOVE NATIONAL AVERAGES. VACANCY AVERAGES 3-10%. THERE ARE CURRENTLY NO RENT
CONTROLS IN THE LAS VEGAS VALLEY. THE AVERAGE SINGLE FAMILY HOME IN SUBJECTS ZIP CODE (89104) WHICH IS THE
CENTRAL LAS VEGAS AREA, INCREASED IN VALUE 2005 THE SUBJECTS ZIP CODE INCREASED IN VALUE 26% ON THE YEAR
(ACCORDING TO "STILL CLIMBING, BUT NOT QUITE AS FAST," REVIEW JOURNAL 2/19/2005 PAGE E1). FOR 2006 THE SAME ZIP
CODE INCREASED 3% COMPARED TO 2005 (LAS VEGAS VIEW JOURNAL 3/4/07 E-1, "SLACK OF APPRECIATION"). IN 2007 HOMES IN
THE SUBJECTS SUBDIVISION INCREASED IN VALUE AT -21% ACCORDING TO "DOWN, DOWN, DOWN" LAS VEGAS REVIEW
JOURNAL 02/24/2008. IN 2008 HOMES IN THE SUBJECTS ZIP CODE DEPRECIATED (-21%) ACCORDING TO "DROP, DROP, DROP"
LAS VEGAS REVIEW JOURNAL 02/22/2009. IN 2009, THE REVIEW JOURNAL HAS REPORTED IN THE ARTICLE FROM 03/03/2010,
"RATES FALLING IN ALL ZIP CODES," THAT THE SUBJECT ZIP CODE HAS DROPPED (-14%) IN 2009. PRICES APPEAR TO HAVE
STABILIZED IN 2010 AS DEMAND HAS HEAD THE SUPPLY STEADY AND BANKS ARE RELEASING THE SUPPLY TO THE MARKET AT
A STEADY RATE. MOST HOMES TYPICALLY SELL IN LESS THAN 180 DAYS IF PRICED COMPETITIVELY. MAJORITY OF LOANS
ARE FHA WITH SOME CONVENTIONAL AND VA BACKED LOANS.

THE SMALL INCOME MULTI FAMILY MARKET SEGMENT IS ASSUMED TO BE GOING THROUGH A SIMILAR MARKET ADJUSTMENT AS
THE SINGLE FAMILY HOME MARKET. INVESTORS ARE FINDING VALUE BECAUSE THE RENTS HAVE STABILIZED AND THE
MULTI-FAMILY PROPERTIES IN THE MARKET SEGMENT CAN SHOW CASH FLOW.

**• Small Income : Reconciliation - Comments**
THE SALES COMPARISON ANALYSIS IS GIVEN THE MOST WEIGHT TO DETERMINE MARKET VALUE AS IT BEST REFLECTS
BUYER/SELLER INTERACTIONS IN THE MARKET PLACE. THE INCOME APPROACH PROVIDES ADDITIONAL SUPPORT TO THE
SUBJECTS VALUE CONCLUSION. THE COST APPROACH IS NOT THE BEST METHOD OF DETERMINING VALUE ON AN OLDER
PROPERTY BECAUSE OF THE AMOUNT OF DEPRECIATION OF THE SUBJECT, THE COST APPROACH HAS BEEN COMPLETED PER
LENDERS REQUEST. THE SALES APPROACH IS STRONG BECAUSE OF THE RECENT SIMILAR SALES TO THE SUPPORT THE
SUBJECT IN THE CURRENT MARKET PLACE.

**• GP 2-4 Unit : Comparable Rentals - Analysis of Rental Data**
THE RENTAL DATA HAS BEEN TAKEN FROM THE GLVAR MLS. THE UNITS OF COMPARISON ARE IN DIRECT MARKET
COMPETITION TO THE SUBJECT. THE RENTAL DATA SELECTED BEST REPRESENT THE SUBJECT IN THE MARKET. ALL RENTAL
AND SALES COMPARABLES WERE GIVEN WEIGHT IN DETERMINING THE MARKET VALUE OF THE SUBJECT PROPERTY.

BASED UPON THE RENTAL COMPARABLES SELECTED AND ESTIMATED MONTHLY MARKET RENT FOR THE SUBJECT IS
ESTIMATED TO BE $2,650 PER MONTH.

**• GP 2-4 Unit COMPARABLE SALES:**
THE COMPARABLES SALES SELECTED REPRESENT THE SUBJECT IN QUALITY, CONDITION (ADJUSTMENTS WERE NECESSARY
ON THE OLDER SALES) ARE MULTI FAMILY UNITS, AMENITIES, AND APPEAL IN THE MARKET. THE COMPARABLES SELECTED ARE
LOCATED INSIDE THE SUBJECTS MARKET SEGMENT. THE MARKET SEGMENT FOR MULTI FAMILY INCOME PRODUCING
PROPERTIES IS MUCH LARGER THAN SINGLE FAMILY HOMES BECAUSE THEY'RE NOT AS COMMON OF HOUSING TYPE, BECAUSE
OF THIS THE COMPARABLES ARE FARTHER AWAY THAN TYPICAL. THE COMPARABLES SELECTED ARE THE BEST AVAILABLE
RECENT MARKET SALES THAT REPRESENT THE SUBJECT IN THE CURRENT INCOME PRODUCING MULTI FAMILY MARKET

## Supplemental Addendum

File No. 9824C

| Borrower/Client | |
|---|---|
| Property Address | 3505 THOMAS AVENUE |
| City | NORTH LAS VEGAS | County | CLARK | State | NV | Zip Code | 89030-7462 |
| Lender | HECTOR ECHAGUE |

SEGMENT. THE FOUR PLEX COMPARABLES SALES USED IN THIS APPRAISAL REPORT WERE SELECTED BECAUSE THEY ARE ALL PART OF THE SAME MARKET SEGMENT. ADJUSTMENTS MADE TO THE COMPARABLES WERE DERIVED FROM MLS NOTES, MLS PHOTOS, AND CLARK COUNTY RECORDERS' RECORDS. ALL COMPARABLES WERE GIVEN WEIGHT IN DETERMINING VALUE.

**• URAR : Reconciliation - Reconciliation and Final Value Conclusion**
THE MOST WEIGHT IS GIVEN TO THE SALES COMPARISON APPROACH. THE RELIANCE ON THE SALES COMPARISON APPROACH IS DUE TO THE RECENT SIMILAR SALES AVAILABLE IN THE MARKET PLACE WHICH CAN REPRESENT THE SUBJECT IN THE CURRENT MARKET. THE INCOME APPROACH WAS COMPLETED, EVALUATED, AND GIVEN WEIGHT IN DETERMINING VALUE. THE COST APPROACH WAS DEVELOPED FOR THIS ASSIGNMENT.

**• URAR : Conditions of Appraisal**
NO PERSONAL PROPERTY WAS INCLUDED IN THE DETERMINATION OF VALUE. THIS APPRAISAL REPORT IS A SUMMARY REPORT ACCORDING TO USPAP. THE APPRAISER RESERVES THE RIGHT TO MAKE ANY NEEDED CORRECTIONS TO THE APPRAISAL REPORT THAT MAY BE FOUND.

THERE WERE NO HYPOTHETICAL CONDITIONS USED IN THE DEVELOPMENT OF THIS APPRAISAL REPORT. THE APPRAISAL REPORT IS BASED ON THE STANDARD ASSUMPTIONS AND LIMITING CONDITIONS INCLUDED IN THIS REPORT.

PER USPAP, THE APPRAISER HAS NOT COMPLETED AN APPRAISAL ASSIGNMENT ON THIS PROPERTY WITHIN THE PAST 36 MONTHS.

MAJORITY OF THE SALES AND LISTINGS ARE BANK OWNED OR BANK INFLUENCED (SHORT SALES). FOR THIS REASON REO SALES HAVE A SIGNIFICANT IMPACT ON THE CURRENT MARKET. A TYPICAL SELLER WILL NEED TO COMPETE WITH THE BANKS IN PRICE, HOWEVER, A TYPICAL BANK WILL REQUIRE A LOWER MARKETING TIME, MEANING THAT THEY WANT A QUICK SALE. A TYPICAL INDIVIDUAL SELLER MAY ALLOW A LONGER MARKETING TIME TO OBTAIN A HIGHER PRICE IF THE PROPERTY WARRANTS GOOD CONDITION. ONE OF THE MAIN CONCERNS WHEN WORKING WITH A BANK IS THE SLOW RESPONSE WHICH CAN TAKE 1-3 MONTHS FOR AN ANSWER TO AN OFFER. MANY BUYERS WILL BE WILLING TO PAY MORE AND ONLY LOOK AT NON-BANK OWNED HOMES FOR THIS REASON.

**SUBJECT Photographs**

| Borrower/Clex | | | | |
|---|---|---|---|---|
| Property Address | 3505 THOMAS AVENUE | | | |
| City | NORTH LAS VEGAS | County CLARK | State NV | Zip Code 89030-7452 |
| Lender | HECTOR ECHAGUE | | | |



**FRONT OF FOUR-PLEX**



**STREET**



**FRONT OF FOUR-PLEX**



**STREET**



**SIDE OF FOUR-PLEX**



**AERIAL PHOTO**

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | |
| Property Address | 3505 THOMAS AVENUE |
| City | NORTH LAS VEGAS | County CLARK | State NV | Zip Code 89030-7462 |
| Lender | HECTOR ECHAGUE |



### Comparable 1
2553 ELLIS STREET
| | |
|---|---|
| Prox. to Subject | 0.85 miles NW |
| Sale Price | 99,000 |
| Gross Living Area | 3,094 |
| Total Rooms | 15 |
| Total Bedrooms | 8 |
| Total Bathrooms | 4 |
| Location | SUBURBAN |
| View | NEIGHBRHD |
| Site | 8,100 SQ FT |
| Quality | AVERAGE |
| Age | 33 YEARS |



### Comparable 2
3441 COLLEGE VIEW COURT
| | |
|---|---|
| Prox. to Subject | 1.35 miles N |
| Sale Price | 105,000 |
| Gross Living Area | 3,096 |
| Total Rooms | 15 |
| Total Bedrooms | 8 |
| Total Bathrooms | 4 |
| Location | SUBURBAN |
| View | NEIGHBRHD |
| Site | 9,452 SQ FT |
| Quality | AVERAGE |
| Age | 26 YEARS |



### Comparable 3
3609 THOMAS AVENUE
| | |
|---|---|
| Prox. to Subject | 0.06 miles E |
| Sale Price | 113,000 |
| Gross Living Area | 3,084 |
| Total Rooms | 15 |
| Total Bedrooms | 8 |
| Total Bathrooms | 4 |
| Location | SUBURBAN |
| View | NEIGHBRHD |
| Site | 5,000 SQ FT |
| Quality | AVERAGE |
| Age | 32 YEARS |

## Building Sketch

| Borrower/Client | | | | |
|---|---|---|---|---|
| Property Address | 3505 THOMAS AVENUE | | | |
| City | NORTH LAS VEGAS | County CLARK | State NV | Zip Code 89030-7452 |
| Lender | HECTOR ECHAGUE | | | |



Comments:

Form SKT.BLDSU — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Location Map

| Borrower/Client | | | | | |
|---|---|---|---|---|---|
| Property Address | 3505 THOMAS AVENUE | | | | |
| City | NORTH LAS VEGAS | County CLARK | | State NV | Zip Code 89030-7462 |
| Lender | HECTOR ECHAGUE | | | | |



## PLAT MAP

| Borrower/Client | | | | | |
|---|---|---|---|---|---|
| Property Address | 3505 THOMAS AVENUE | | | | |
| City | NORTH LAS VEGAS | County CLARK | State NV | Zip Code 89030-7462 |
| Lender | HECTOR ECHAGUE | | | | |



APPRAISER LICENSE

# APPRAISER CERTIFICATE

## STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY

### REAL ESTATE DIVISION

NOT TRANSFERABLE                                           NOT TRANSFERABLE

This is to Certify That: CARL A BASSETT                    Certificate Number: A.0007151-CR

Is duly authorized to act as a **CERTIFIED RESIDENTIAL APPRAISER** from the issue date to the expiration date at the business address stated herein, unless the certificate is sooner revoked, cancelled, withdrawn, or invalidated.

Issue Date: February 10, 2009                              Expire Date: January 31, 2011

In witness whereof, THE DEPARTMENT OF BUSINESS AND INDUSTRY, REAL ESTATE DIVISION, by virtue of the authority vested in it by Chapter 645C of the Nevada Revised Statues, has caused this Certificate to be issued with its Seal printed thereon. This certificate must be conspicuously displayed in place of business.

FOR: APEX APPRAISAL                        REAL ESTATE DIVISION
1777 BAJA LN
HENDERSON, NV 89012

ANN M McDERMOTT
Administrator

# EXHIBIT D

File No. 9873C



**APEX**
**APPRAISAL**

2855 St Rose Parkway, Suite #100-13   Office: (702) 228-0628
Henderson, NV, 83052                   Fax:    (702) 870-7525

05/12/2010
HECTOR ECHAGUE,

IN ACCORDANCE WITH YOUR REQUEST, I HAVE APPRAISED THE REAL PROPERTY AT:

2451 PALORA AVENUE
LAS VEGAS, NEVADA 89121

THE PURPOSE OF THIS APPRAISAL IS TO DEVELOP AN OPINION OF THE MARKET VALUE FOR THE SUBJECT PROPERTY, AS IMPROVED.  THE PROPERTY RIGHTS APPRAISED ARE THE FEE SIMPLE INTEREST IN THE SITE AND IMPROVEMENTS.

IN MY OPINION, THE MARKET VALUE OF THE PROPERTY AS OF MAY 10, 2010 IS:

$83,500
EIGHTY THREE THOUSAND FIVE HUNDRED DOLLARS

THE ATTACHED REPORT CONTAINS THE DESCRIPTION, ANALYSIS AND SUPPORTIVE DATA FOR THE CONCLUSIONS, FINAL OPINION OF VALUE, DESCRIPTIVE PHOTOGRAPHS, LIMITED CONDITIONS, AND APPROPRIATE CERTIFICATIONS.

CARL BASSETT
NEVADA A.0007151-CR
CERTIFIED RESIDENTIAL APPRAISER



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
2451 PALORA AVENUE
FRANCISCO PARK #18 PLAT BOOK 10 PAGE 94 LOT 4 BLOCK 10
LAS VEGAS, NV 89121-2158

### FOR:
ECHAGUE, HECTOR

### AS OF:
05/10/2010

### BY:
APEX APPRAISAL
702-223-0078

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 9623C
CHALTAS

**Property Address:** 2451 PALORA AVENUE  **City:** LAS VEGAS  **State:** NV  **Zip Code:** 89121-2156
**County:** CLARK  **Legal Description:** FRANCISCO PARK #18 PLAT BOOK 10 PAGE 96 LOT 4 BLOCK 10
**Assessor's Parcel #:** 162-12-314-009
**Tax Year:** 2010  **R.E. Taxes:** $ 1,229.39  **Special Assessments:** $ 0.00  **Borrower (if applicable):** N/A
**Current Owner of Record:** ECHAGUE  **Occupant:** ☐ Owner ☒ Tenant ☐ Vacant ☐ Manufactured Housing
**Project Type:** ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe) N/A  **HOA:** $ N/A  ☐ per year ☐ per month
**Market Area Name:** FRANCISCO PARK #18  **Map Reference:** 29820  **Census Tract:** 0018.03
**The purpose of this appraisal is to develop an opinion of:** ☒ Market Value (as defined), or ☐ other type of value (describe)
**This report reflects the following value (if not Current, see comments):** ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
**Approaches developed for this appraisal:** ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach  (See Reconciliation Comments and Scope of Work)
**Property Rights Appraised:** ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
**Intended Use:** TO DETERMINE MARKET VALUE FOR A BANKRUPTCY PROCEEDING.

**Intended User(s) by name or type:** HECTOR ECHAGUE, COUNSEL, AND ASSIGNEE'S.
**Client:** ECHAGUE, HECTOR  **Address:** 2451 PALORA AVENUE LAS VEGAS, NV 89121
**Appraiser:** CARL BASSETT  **Address:** 2855 ST. ROSE PKWY #100-13, HENDERSON, NV 89052

| Location: | ☐ Urban ☒ Suburban ☐ Rural | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | PRICE ($000) | AGE (yrs) | One-Unit 66 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | 95 Low 0 | | 2-4 Unit 8 % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | 249 High 57 | | Multi-Unit 8 % | * To |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | 160 Pred 20-40 | | Comm'l 4 % | |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | Predominant Occupancy ☒ Owner 60 ☐ Tenant 20 ☐ Vacant (0-5%) ☐ Vacant (>5%) | | 4 % | |

**Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):**  THE NEIGHBORHOOD APPEARS TO BOUND TO THE NORTH BY SAHARA, THE SOUTH BY DESERT INN, EAST BY 95 FREEWAY, AND WEST BY EASTERN. THE SUBJECT IS LOCATED WITHIN 2 MILES OF SHOPPING, SCHOOLS AND OTHER AMENITIES. THERE ARE PARKS & PUBLIC RECREATION FACILITIES IN THE AREA. EMPLOYMENT STABILITY IS BELOW NATIONAL AVERAGES. THE NEIGHBORHOOD IS APPROXIMATELY 5-10 MINUTES FROM DOWNTOWN LAS VEGAS AND 3-5 MINUTES FROM THE LAS VEGAS BLVD WHICH ARE BOTH MAJOR EMPLOYMENT CENTERS.

SEE ATTACHED ADDENDA FOR MARKET CONDITIONS.

**Dimensions:** SEE PLAT MAP APPROX 70 BY 100  **Site Area:** 7,000 Sq.Ft.
**Zoning Classification:** (R-1)  **Description:** SINGLE FAMILY RESIDENTIAL (R-1)
**Zoning Compliance:** ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
**Are CC&Rs applicable?** ☐ Yes ☐ No ☒ Unknown  **Have the documents been reviewed?** ☐ Yes ☒ No  **Ground Rent (if applicable) $** /
**Highest & Best Use as improved:** ☒ Present use, or ☐ Other use (explain)

**Actual Use as of Effective Date:** SINGLE FAMILY RESIDENTIAL  **Use as appraised in this report:** SINGLE FAMILY RESIDENTIAL
**Summary of Highest & Best Use:** THE SUBJECT IS A SINGLE FAMILY HOME LOCATED IN A RESIDENTIAL NEIGHBORHOOD. WHILE COMMERCIAL DEVELOPING IS LOCATED WITHIN 2 MILES OF THE SUBJECT IT APPEARS THAT THE NEIGHBORHOOD WILL STAY RESIDENTIAL.

| Utilities | Public Other Provider/Description | Off-site Improvements Type | Public Private | Topography | APPEARS LEVEL |
|---|---|---|---|---|---|
| Electricity | ☒ ☐ NEVADA ENERGY | Street ASPHALT | ☒ ☐ | Size | TYPICAL FOR THE AREA |
| Gas | ☒ ☐ SOUTHWEST GAS | Curb/Gutter CONCRETE | ☒ ☐ | Shape | IRREGULAR |
| Water | ☒ ☐ CITY | Sidewalk CONCRETE | ☒ ☐ | Drainage | APPEARS ADEQUATE |
| Sanitary Sewer | ☒ ☐ CITY | Street Lights STEEL/TIMED | ☒ ☐ | View | NEIGHBORHOOD |
| Storm Sewer | ☒ ☐ CITY | Alley NONE/TYPICAL | ☐ ☐ | | |

**Other site elements:** ☐ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☒ Underground Utilities ☐ Other (describe)
**FEMA Spec'l Flood Hazard Area** ☐ Yes ☒ No  **FEMA Flood Zone** X  **FEMA Map #** 32003C2190E  **FEMA Map Date** 9/27/2002
**Site Comments:** THE SUBJECT IS LOCATED IN A OLDER NEIGHBORHOOD BUILT IN THE 1960'S & 1970'S. THE NEIGHBORHOOD HAS MASONRY BLOCK WALLS FOR ALL BACK YARDS. THE SITE IMPROVEMENTS APPEAR TO BE SIMILAR TO MARKET AREA STANDARDS.

| General Description | Exterior Description | Foundation | Basement ☒ None | Heating GAS FORCED |
|---|---|---|---|---|
| # of Units 1 ☐ Acc.Unit | Foundation CONCRETE/AVG | Slab CONCRETE | Area Sq. Ft. N/A | Type FAU |
| # of Stories 2 | Exterior Walls STUCCO/AVG | Crawl Space N/A | % Finished | Fuel GAS |
| Type ☒ Det. ☐ Att. ☐ | Roof Surface CONC TILE/AVG | Basement N/A | Ceiling | |
| Design (Style) 2 STORY | Gutters & Dwnspts. NONE/TYPICAL | Sump Pump ☐ | Walls | Cooling CENTRAL |
| ☒ Existing ☐ Proposed ☐ Und.Const. | Window Type ALUMINUM/AVG | Dampness ☐ | Floor | Central X |
| Actual Age (Yrs.) 40 YEARS | Storm/Screens | Settlement ☐ | Outside Entry | Other |
| Effective Age (Yrs.) 35-40 YEARS | | Infestation ☐ | | (UPDATED) |

| Interior Description | Appliances | Attic ☐ None | Amenities | Car Storage ☐ None |
|---|---|---|---|---|
| Floors N/A | Refrigerator ☐ | Stairs ☐ | Fireplace(s) # | Garage # of cars ( 2  Tot.) |
| Walls N/A | Range/Oven ☐ | Drop Stair ☐ | Patio COVERED | Attach. 2  CAR |
| Trim/Finish N/A | Disposal ☐ | Scuttle ☒ | Deck N/A | Detach |
| Bath Floor N/A | Dishwasher ☐ | Doorway ☐ | Porch COVERED | Blt.-In |
| Bath Wainscot N/A | Fan/Hood ☐ | Floor ☐ | Fence BLOCK WALL | Carport |
| Doors N/A | Microwave ☐ | Heated ☐ | Pool | Driveway 2 |
| | Washer/Dryer ☐ | Finished ☐ | | Surface CONCRETE |

**Finished area above grade contains:** 8 Rooms 4 Bedrooms 2.5 Bath(s) 2,225 Square Feet of Gross Living Area Above Grade
**Additional features:** See attached addenda.

**Describe the condition of the property (including physical, functional and external obsolescence):** See attached addenda.

Copyright 2009 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 9823C
CHALTAS

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): COUNTY RECORDERS/ GLVAR MLS

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: THERE ARE NO SALES OF THE SUBJECT |
|---|---|
| Date: SOLD 10/2004 | NOTED WITHIN THE PAST 36 MONTHS. LOCAL "GLVAR MLS" AND CLARK COUNTY RECORDERS OFFICE. A |
| Price: $265,000 | 36 MONTH SALES HISTORY WAS PROVIDED FOR THE COMPARABLE SALES AS WELL. |
| Source(s): COUNTY RECORDER | |
| 2nd Prior Subject Sale/Transfer | |
| Date: NO OTHER SALES NOTED | |
| Price: IN THE PAST 36 MONTHS | |
| Source(s): COUNTY RECORDER | |

SALES COMPARISON APPROACH TO VALUE (if developed) [X]     [ ] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2451 PALORA AVENUE | 3079 CAPISTRANO COURT | | 3105 CABACHON AVENUE | | 2571 VEGAS VALLEY DRIVE | |
| | LAS VEGAS, NV 89121-2156 | LAS VEGAS | | LAS VEGAS | | LAS VEGAS | |
| Proximity to Subject | | 0.22 miles E | | 0.57 miles E | | 0.26 miles NE | |
| Sale Price | $ N/A | | $ 84,500 | | $ 88,500 | | $ 90,100 |
| Sale Price/GLA | $ /sq.ft. | $ 42.94 /sq.ft. | | $ 39.86 /sq.ft. | | $ 40.24 /sq.ft. | |
| Data Source(s) | CNTY/ MLS | CNTY RCRDR/ MLS #991112 | | CNTY RCRDR/ MLS # 1004639 | | CNTY RCRDR/ MLS # 986500 | |
| Verification Source(s) | APPRAISAL | DOC#2010027304396 | | DOC#2010012902676 | | DOC#2009121103243 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | CASH | | CASH | | CASH | |
| Concessions | N/A | NONE NOTED | | $765 | | NONE NOTED | |
| Date of Sale/Time | N/A | 02/23/2010-104 D | | 01/29/10- 26 D | | 12/11/09- 45 D | |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Location | SUBURBAN | SUBURBAN | | SUBURBAN | | SUBURBAN | |
| Site | 7,000 Sq.Ft. | 7,683 SQ FT | | 8,190 SQ FT | | 7,689 SQ FT | |
| View | NEIGHBORHOOD | NEIGHBORHOOD | | NEIGHBORHOOD | | NEIGHBORHOOD | |
| Design (Style) | 2 STORY | 2 STORY | | 2 STORY | | 2 STORY | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Age | 40 YEARS | 42 YEARS | | 39 YEARS | | 45 YEARS | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total  Bdrms  Baths | Total  Bdrms  Baths | | Total  Bdrms  Baths | | Total  Bdrms  Baths | |
| Room Count | 8    4    2.5 | 7    4    2.5 | | 8    4    2.5 | | 9    5    3 | -1,500 |
| Gross Living Area | 2,220 sq.ft. | 1,970 sq.ft. | +5,000 | 2,220 sq.ft. | 0 | 2,239 sq.ft. | 0 |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | NONE | NONE | | NONE | | NONE | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FAU/CENTRAL | FAU/CENTRAL | | FAU/CENTRAL | | FAU/CENTRAL | |
| Energy Efficient Items | INSUL WNDWS | INSUL WNDWS | | INSUL WNDWS | | INSUL WNDWS | |
| Garage/Carport | 2 CAR GARAGE | 2 CAR GARAGE | | 2 CAR GARAGE | | 2 CAR GARAGE | |
| Porch/Patio/Deck | CVRD PATIO | CVRD PATIO | | CVRD PATIO | | CVRD PATIO | |
| AMENITIES | STANDARD | POOL | -5,000 | POOL | -5,000 | POOL | -5,000 |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | [ ] +  [X] -  $ | 0 | [ ] +  [X] -  $ | -5,000 | [ ] +  [X] -  $ | -6,500 |
| Adjusted Sale Price | | Net 0.0 % | | Net 5.6 % | | Net 7.2 % | |
| of Comparables | | Gross 5.9 % $ 84,500 | | Gross 5.6 % $ 83,500 | | Gross 7.2 % $ 83,600 | |

Summary of Sales Comparison Approach     See attached addenda.

Indicated Value by Sales Comparison Approach $ 83,500

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP** RESIDENTIAL

Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE     3/2007

RESIDENTIAL APPRAISAL SUMMARY REPORT
File No.: 9823C

CHALTAS

**COST APPROACH TO VALUE (if developed)**   [X] The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): THE COST APPROACH WAS NOT ORDERED BY THE CLIENT. ITS CONTRIBUTORY VALUE IS LIMITED BECAUSE THE HOME WAS NOT INSPECTED AND THE DEPRECIATION IS NOT SPECIFIC. TYPICALLY WITH AN OLDER HOME, THE SALES COMPARISON APPROACH IS SUFFICIENT IF SALES EXIST. THE COST APPROACH CANNOT ACCURATELY DEPICT MARKET VALUE.

ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW

| | | |
|---|---|---|
| OPINION OF SITE VALUE | | = $ |
| DWELLING | Sq.Ft. @ $ | = $ |
| Source of cost data: | N/A Sq.Ft. @ $ | = $ |
| Quality rating from cost service:    Effective date of cost data: | Sq.Ft. @ $ | = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $ | = $ |
| REMAINING ESTIMATED LIFE EXPECTANCY IS 20-25 YEARS. | Sq.Ft. @ $ | = $ |
| | | = $ |
| | Garage/Carport    400 Sq.Ft. @ $ | = $ |
| | Total Estimate of Cost-New | = $ |
| | Less    Physical    Functional    External | |
| | Depreciation | = $( ) |
| | Depreciated Cost of Improvements | = $ |
| | "As-Is" Value of Site Improvements | = $ |
| | | = $ |
| | | = $ |
| Estimated Remaining Economic Life (if required):    25 Years | INDICATED VALUE BY COST APPROACH | = $ |

**INCOME APPROACH TO VALUE (if developed)**   [X] The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ N/A _____ X Gross Rent Multiplier _____ N/A _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM): TYPICALLY HOMES IN THIS SINGLE FAMILY NEIGHBORHOOD ARE NOT PURCHASED FOR THEIR INCOME ABILITY.

**PROJECT INFORMATION FOR PUDs (if applicable)**   [ ] The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

Indicated Value by: Sales Comparison Approach $ 83,500    Cost Approach (if developed) $ N/A    Income Approach (if developed) $

Final Reconciliation   See attached addenda.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, [ ] subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair.   See attached addenda.

[ ] This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, any (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ _____ 83500 _____, as of: _____ 05/10/2010 _____, which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains _____ pages, including exhibits which are considered as integral part of this appraisal. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| | | | | |
|---|---|---|---|---|
| [X] Scope of Work | [X] Limiting Cond./Certification | [ ] Narrative Addendum | [X] Photograph Addendum | [ ] Sketch Addendum |
| [X] Map Addendum | [ ] Additional Sales | [ ] Cost Addendum | [ ] Flood Addendum | [ ] Manuf. House Addendum |
| [ ] Hypothetical Conditions | [ ] Extraordinary Assumptions | [X] ACTIVE LISTING | | |

Client Contact:                                Client Name:   ECHAGUE, HECTOR

E-Mail:                   Address:   2451 PALORA AVENUE LAS VEGAS, NV 89126

**APPRAISER**

Appraiser Name:   CARL BASSETT

Company:   APEX APPRAISAL

Phone:  (702) 228-0028                      Fax:

E-Mail:  EMAILAPEX@COX.NET

Date of Report (Signature):        05/12/2010

License or Certification #:  A.0007151-CR                   State:  NV

Designation:

Expiration Date of License or Certification:   1/31/2011

Inspection of Subject   [ ] Interior & Exterior  [X] Exterior Only  [ ] None

Date of Inspection:       05/10/2010

**SUPERVISORY APPRAISER (if required)**
**or CO-APPRAISER (if applicable)**

Supervisory or
Co-Appraiser Name:

Company:

Phone:                          Fax:

E-Mail:

Date of Report (Signature):

License or Certification #:                   State:

Designation:

Expiration Date of License or Certification:

Inspection of Subject   [ ] Interior & Exterior  [ ] Exterior Only  [ ] None

Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESIDENTIAL   Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   3/2007

# COMPARABLE LISTINGS

CHALTAS
File No.: 9823C

| FEATURE | SUBJECT | COMPARABLE LISTING # 1 | | COMPARABLE LISTING # 2 | | COMPARABLE LISTING # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2451 PALORA AVENUE | 2363 CAPISTRANO AVENUE | | | | | |
| | LAS VEGAS, NV 89121-2155 | LAS VEGAS | | | | | |
| Proximity to Subject | | 0.10 miles NW | | | | | |
| List Price | $ | $ | 87,900 | $ | | $ | |
| List Price/Gr.A | $ /sq.ft | $ 37.71 /sq.ft | | $ /sq.ft | | $ /sq.ft | |
| List Price Revision Date | | NONE | | | | | |
| Data Source(s) | | COUNTY RCRD/MLS | | | | | |
| Verification Source(s) | | MLS # 1014369 PUB NO 004500 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | N/A | | | | | |
| Concessions | N/A | N/A | | | | | |
| Days on Market | | 22 DAYS | | | | | |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | | | | |
| Location | SUBURBAN | SUBURBAN | | | | | |
| Site | 7,500 Sq.Ft. | 7,430 SQ FT | | | | | |
| View | NEIGHBORHOOD | NEIGHBORHOOD | | | | | |
| Design (Style) | 2 STORY | 2 STORY | | | | | |
| Quality of Construction | AVERAGE | AVERAGE | | | | | |
| Age | 40 YEARS | 40 YEARS | | | | | |
| Condition | AVERAGE | AVERAGE | | | | | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 8 | 4 | 2.5 | 8 | 5 | 2.5 | | | | | | |
| Gross Living Area | 2,720 sq.ft | 2,331 sq.ft. | | sq.ft | | sq.ft | |
| Basement & Finished | NONE | NONE | | | | | |
| Rooms Below Grade | NONE | NONE | | | | | |
| Functional Utility | AVERAGE | AVERAGE | | | | | |
| Heating/Cooling | FAU/CENTRAL | FAU/CENTRAL | | | | | |
| Energy Efficient Items | INSUL WNDWS | INSUL WNDWS | | | | | |
| Garage/Carport | 2 CAR GARAGE | NONE | | | | | |
| Porch/Patio/Deck | CVRD PATIO | CVRD PATIO | | | | | |
| AMENITIES | STANDARD | SIMILAR | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☐ - | $ | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted List Price of Comparables | | Net ____ % | | Net ____ % | | Net ____ % | |
| | | Gross ____ % | $ | 87,900 Gross ____ % | $ | Gross ____ % | $ |
| Comments | SEE THE ATTACHED ADDENDUM FOR NOTES. | | | | | | |

GP RESIDENTIAL

Copyright© 2004 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 (AL) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

## Assumptions, Limiting Conditions & Scope of Work

CHALTAS

| Property Address: 2451 PALORA AVENUE | | City: LAS VEGAS | | State: NV | Zip Code: 89124-2158 |
|---|---|---|---|---|---|
| Client: ECHAGUE, HECTOR | | Address: | | | |
| Appraiser: CARL BASSETT | | Address: 2855 ST. ROSE PKWY #100-13, HENDERSON, NV 89052 | | | |

File No.: 9823C

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

— An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

**GP** RESIDENTIAL

Copyright© 2009 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# Certifications

CHALTAS

File No: 9523C

| Property Address: 2451 PALORA AVENUE | City: LAS VEGAS | State: NV | Zip Code: 89121-2158 |
|---|---|---|---|
| Client: ECHAGUE, HECTOR | Address: | | |
| Appraiser: CARL BASSETT | Address: 2255 ST. ROSE PKWY #100-13, HENDERSON, NV 89052 | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

— The statements of fact contained in this report are true and correct.

— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

— I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

— My engagement in this assignment was not contingent upon developing or reporting predetermined results.

— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

— I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

In compliance to USPA guidelines, I have not appraised this property with in the past 36 months.

**DEFINITION OF MARKET VALUE *:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;

2. Both parties are well informed or well advised and acting in what they consider their own best interests;

3. A reasonable time is allowed for exposure in the open market;

4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994. Additional Certifications:

| Client Contact: | | Client Name: ECHAGUE, HECTOR |
|---|---|---|
| E-Mail: | Address: | |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *Carl Bassett* (signature) | |
| Appraiser Name: CARL BASSETT | Supervisory or Co-Appraiser Name: |
| Company: APEX APPRAISAL | Company: |
| Phone: (702) 228-0928   Fax: | Phone:   Fax: |
| E-Mail: EMAILAPEX@COX.NET | E-Mail: |
| Date Report Signed: 05/14/2010 | Date Report Signed: |
| License or Certification #: A.0007151-CR   State: NV | License or Certification #:   State: |
| Designation: | Designation: |
| Expiration Date of License or Certification: 1/31/2011 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior  ☒ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: 05/10/2010 | Date of Inspection: |

Copyright 2005 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   3/2007

**GP RESIDENTIAL**

## Supplemental Addendum

File No. 9623C

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 2451 PALORA AVENUE | | | | |
| City | LAS VEGAS | County | CLARK | State NV | Zip Code 89121-2156 |
| Lender | ECHAGUE, HECTOR | | | | |

**Highest & Best Use Explanation**
CONSIDERING THE LEGAL RESTRICTIONS, PHYSICAL CHARACTERISTICS OF THE PROPERTY, SURROUNDING DEVELOPMENT TRENDS AND MARKET DEMAND, THE HIGHEST AND BEST USE OF THE SUBJECT IS CONSIDERED TO BE CONSISTENT WITH THE CURRENT SINGLE FAMILY RESIDENTIAL USE.

**Definition of Inspection**
THE TERM "INSPECTION," AS USED IN THIS REPORT, IS NOT THE SAME LEVEL OF INSPECTION THAT IS REQUIRED FOR A "PROFESSIONAL HOME INSPECTOR." ACCORDING TO THE SCOPE OF WORK THE APPRAISER EXPECTED THE SUBJECT PROPERTY FROM THE EXTERIOR ONLY.

**Scope of Work**
THE INFORMATION IN THE REPORT WAS ANALYZED AND BELIEVED TO BE ACCURATE. APPRAISAL METHODS AND TECHNIQUES WERE EMPLOYED, AND THE REASONING SUPPORTS THE OPTIONS AND CONCLUSIONS FOUND IN THIS REPORT.

**Client**
THE APPRAISER WAS ENGAGED BY HECTOR ECHAGUE, WHO IS CONSIDERED THE CLIENT FOR THIS ASSIGNMENT.

**Analysis and Report Form**
THE APPRAISAL IS BASED ON THE INFORMATION GATHERED BY THE APPRAISER FROM PUBLIC RECORDS, THE GLVAR MLS RECORDS, INSPECTION OF THE SUBJECT PROPERTY AND MARKET AREA, AS WELL AS THE SELECTION OF COMPARABLE SALES, LISTINGS, PENDING SALES, AND/OR RENTALS WITHIN THE SUBJECT MARKET AREA. THE ORIGINAL SOURCE OF THE COMPARABLE DATA DESCRIBED IN THE DATA SOURCE IS DISCLOSED IN THE COMPARABLE SALES GRID. THE SOURCES AND DATA ARE CONSIDERED RELIABLE. WHEN CONFLICTING INFORMATION WAS PROVIDED THE SOURCE DEEMED MOST RELIABLE WAS USED. OCCASIONALLY, MLS PHOTOGRAPHS WERE USED WHERE ACCESS TO THE PROPERTY WAS DENIED (MANY HOMES IN THE LAS VEGAS AREA HAVE EITHER ELECTRONIC GATED ENTRANCES OR GUARD GATED NEIGHBORHOOD ENTERENCES WERE SECURITY PREVENTS ACCESS). ALSO, IN SOME CASES THE MLS PHOTO IS DEEMED MORE INDICATIVE OF THE COMPARABLE SALE FROM THE TIME OF THE SALE BECAUSE OF RECENT REMODELING OR DAMAGE TO THE HOME.

**Intended Users**
IN ADDITION TO THE CLIENT NAMED ABOVE OTHER INTENDED USERS IDENTIFIED BY THE CLIENT AT THE TIME OF ENGAGEMENT INCLUDING THE CLIENTS EMPLOYEE'S, PERSONNEL, THE CLIENTS ASSIGNS, AND ANY APPLICABLE FEDERAL AND STATE REGULATORY AGENCIES HAVING JURISDICTION OVER THE CLIENT. THE USERS OF THIS APPRAISAL AND APPRAISAL REPORT BY OTHER USERS IS NOT INTENDED BY THE APPRAISER. UNLESS OTHERWISE IDENTIFIED BY THE CLIENT AS BEING AN INTENDED USER. UNAUTHORIZED USERS MAY INCLUDE, BUT ARE NOT LIMITED TO, THE CURRENT OWNER OF THE SUBJECT PROPERTY, THE BORROWER IF A PENDING LOAN TRANSACTION, OTHER MORTGAGE LENDING INSTITUTIONS, ANY POTENTIAL BUYERS, MORTGAGE INSURER, OUTSIDE LENDERS CONTEMPLATING PURCHASE OR MORTGAGE ACTIVITY ON THIS PROPERTY ARE URGED TO SEEK A SEPARATE OPINION OF VALUE. ANY ADDITIONAL REQUESTS IN THIS ASSIGNMENT BY THIRD PARTIES MUST BE REQUESTED IN WRITING AND MAY BE SUBJECT TO ADDITIONAL BILLING TO RECOVER COSTS ASSOCIATED WITH SUCH REQUESTS.

**Intended Use**
THE INTENDED USE OF THE APPRAISAL REPORT IS FOR A BANKRUPTCY PROCEEDING, "FOR THE CLIENT TO EVALUATE THE PROPERTY THAT IS THE SUBJECT PROPERTY."

**· URAR : Neighborhood - Description**
THE SUBJECT IS LOCATED IN AN AREA OF TRACT STYLED HOMES WHICH ARE SINGLE FAMILY HOMES. THE SUBJECT IS LOCATED IN A GATED NEIGHBORHOOD WITH COMMON AMENITIES. IT IS LOCATED WITHIN 2 MILES OF SHOPPING, SCHOOLS AND OTHER AMENITIES. THERE ARE PARKS & PUBLIC RECREATION FACILITIES IN THE AREA. EMPLOYMENT STABILITY IS ABOVE AVERAGE. THE NEIGHBORHOOD IS APPROXIMATELY 25-30 MINUTES FROM DOWNTOWN LAS VEGAS AND 25-30 MINUTES FROM THE LAS VEGAS BLVD WHICH ARE BOTH MAJOR EMPLOYMENT CENTERS. THE SUBJECT IS IN A NEIGHBORHOOD OF PREDOMINATELY SINGLE FAMILY HOUSING.

**· URAR : Neighborhood - Market Conditions**
THE AVERAGE HOME IN SUBJECTS ZIP CODE (89121) WHICH IS IN THE SOUTH CENTRAL AREA OF LAS VEGAS, IN 2005 THE SUBJECTS ZIP CODE INCREASED IN VALUE 31% ON THE YEAR (ACCORDING TO "STILL CLIMBING, BUT NOT QUITE AS FAST," REVIEW JOURNAL 2/19/2006 PAGE E1). FOR 2006 THE SAME ZIP CODE INCREASED 8% COMPARED TO 2005 (LAS VEGAS VIEW JOURNAL 3/4/07 E-1, "SLACK OF APPRECIATION"). IN 2007 HOMES IN THE SUBJECTS ZIP CODE APPRECIATED -12% ACCORDING TO "DOWN, DOWN, DOWN" LAS VEGAS REVIEW JOURNAL 02/24/2008. IN 2008 HOMES IN THE SUBJECTS ZIP CODE DEPRECIATED -33% ACCORDING TO "DROP, DROP, DROP" LAS VEGAS REVIEW JOURNAL 02/22/2004. MOST HOMES TYPICALLY SELL IN LESS THAN 180 DAYS IF PRICED COMPETITIVELY. THE MAJORITY OF LOANS ARE FHA WITH SOME CONVENTIONAL AND VA BACKED LOANS. THE MAJORITY OF FINANCING FOR HOME BUYERS HAS BEEN FHA WITH SOME CONVENTIONAL AND VA AS WELL.

THE GRAPH BELOW SHOWS THE OVERALL AREA WHICH IS OVER 10 MILES OUT FROM THE SUBJECT PROPERTY AND IS NOT SPECIFIC TO THE SUBJECTS NEIGHBORHOOD ONLY. IT CAN BE USED TO SUPPORT OVERALL TRENDS AND NOT SPECIFIC DATA FOR THE SUBJECT ONLY.

## Supplemental Addendum

File No. 9823C

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 2451 PALORA AVENUE | | | | |
| City | LAS VEGAS | County | CLARK | State | NV | Zip Code | 89121-2156 |
| Lender | ECHAGUE, HECTOR | | | | |

# Market Area Activity

### Area: 302



Month/Year

—▼— # Active    —+— # New    —●— # Sold    —□— Avg Sale Price (000's)

**• GP Residential : Sales Comparison Analysis - Summary of Sales Comparison Approach**
THE COMPARABLES SELECTED ARE LOCATED INSIDE THE SUBJECTS MARKET SEGMENT. THE SALES WERE TAKEN FROM THE SUBJECTS PUD NEIGHBORHOOD. THEY ARE BELIEVED TO ATTRACT THE SAME BUYERS AS THE SUBJECT PROPERTY. ALL COMPARABLES HAVE BEEN GIVEN WEIGHT IN DETERMINING VALUE ACCORDING TO THEIR NET AND GROSS ADJUSTMENTS.

**• URAR : Reconciliation - Reconciliation and Final Value Conclusion**
THE MOST WEIGHT IS GIVEN TO THE SALES COMPARISON APPROACH. THE RELIANCE ON THE SALES COMPARISON APPROACH IS DUE TO THE RECENT SIMILAR SALES AVAILABLE IN THE MARKET PLACE WHICH CAN REPRESENT THE SUBJECT IN THE CURRENT MARKET. THE INCOME APPROACH IS NOT DEEMED TO BE APPLICABLE TO THIS ASSIGNMENT DUE TO THE LACK OF RENTAL INFORMATION FROM THIS LOCATION. THE COST APPROACH WAS NOT DEVELOPED FOR THIS ASSIGNMENT.

**• URAR : Conditions of Appraisal**
NO PERSONAL PROPERTY WAS INCLUDED IN THE DETERMINATION OF VALUE. THIS APPRAISAL REPORT IS A SUMMARY REPORT ACCORDING TO USPAP. THE APPRAISER RESERVES THE RIGHT TO MAKE ANY NEEDED CORRECTIONS TO THE APPRAISAL REPORT THAT MAY BE FOUND.

**• GP Residential : Description of the Improvements - Property Condition**
THE SUBJECT HAS LOWER THAN TYPICAL PHYSICAL DEPRECIATION FOR ACTUAL AGE. THE SUBJECT HAS UPDATED EXTERIOR PAINT, ROOF, AND HVAC UNIT. THE INTERIOR HAS AN UPDATED KITCHEN INCLUDING CABINETS, GRANITE COUNTER TOPS, APPLIANCES, AND SINK. THE HOME HAS SOME DEFERRED MAINTENANCE ITEMS WHICH NEED REPAIR INCLUDING SOME MISSING FLOORING TILES AND A DAMAGED WAINSCOT IN A BATHROOM.

THE APPRAISER IS NOT TRAINED AS A HOME INSPECTOR AND DOESN'T WARRANT CONDITION OR UTILITY.

AS PER OUR AGREEMENT IN THE ENGAGEMENT LETTER, MLS PHOTOS WERE USED WHICH SHOW THE HOME IN THE SAME CONDITION AS IT WAS SOLD IN. THE LOCATION AND COMPARABLE SITE WAS INSPECTED, HOWEVER THE MLS SALE SHOWS IS A BETTER EXAMPLE OF THE PROPERTY FROM THE TIME IT WAS SOLD.

## SUBJECT Photograph Addendum

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2451 PALORA AVENUE | | | | | | |
| City | LAS VEGAS | | County CLARK | | State NV | Zip Code 89121-2156 | |
| Lender | ECHAGUE, HECTOR | | | | | | |



**FRONT**



**STREET**



**SIDE OF HOME**



**SIDE OF HOME**



**AERIAL PHOTO**



**AERIAL PHOTO**

## Comparable Photo Page

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2451 PALORA AVENUE | | | | | |
| City | LAS VEGAS | County | CLARK | State | NV | Zip Code 89121-2156 |
| Lender | ECHAGUE, HECTOR | | | | | |



### Comparable 1

3079 CAPISTRANO COURT

| | |
|---|---|
| Prox. to Subject | 0.22 miles E |
| Sales Price | 84,600 |
| Gross Living Area | 1,970 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | SUBURBAN |
| View | NEIGHBORHOOD |
| Site | 7,683 SQ FT |
| Quality | AVERAGE |
| Age | 42 YEARS |



### Comparable 2

3105 CABACHON AVENUE

| | |
|---|---|
| Prox. to Subject | 0.57 miles E |
| Sales Price | 88,500 |
| Gross Living Area | 2,220 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | SUBURBAN |
| View | NEIGHBORHOOD |
| Site | 8,190 SQ FT |
| Quality | AVERAGE |
| Age | 39 YEARS |



### Comparable 3

2575 VEGAS VALLEY DRIVE

| | |
|---|---|
| Prox. to Subject | 0.26 miles NE |
| Sales Price | 90,100 |
| Gross Living Area | 2,239 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3 |
| Location | SUBURBAN |
| View | NEIGHBORHOOD |
| Site | 7,089 SQ FT |
| Quality | AVERAGE |
| Age | 45 YEARS |

## Listing Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower/Client | N/A | | | |
| Property Address | 2456 PALORA AVENUE | | | |
| City | LAS VEGAS | County CLARK | State NV | Zip Code 89121-2156 |
| Lender | ECHAGUE, HECTOR | | | |



### Listing 1

2363 CAPISTRANO AVENUE

| | |
|---|---|
| Proximity to Subject | 0.10 miles NW |
| List Price | 87,900 |
| Days on Market | 22 DAYS |
| Gross Living Area | 2,331 |
| Total Rooms | 8 |
| Total Bedrooms | 5 |
| Total Bathrooms | 2.5 |
| Age | 40 YEARS |

### Listing 2

| | |
|---|---|
| Proximity to Subject | |
| List Price | |
| Days on Market | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Age | |

### Listing 3

| | |
|---|---|
| Proximity to Subject | |
| List Price | |
| Days on Market | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Age | |

**PLAT MAP**

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2451 PALORA AVENUE | | | | | |
| City | LAS VEGAS | County CLARK | | State NV | Zip Code 89121-2156 | |
| Lender | ECHAGUE, HECTOR | | | | | |



## Location Map

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2451 PALORA AVENUE | | | | | | |
| City | LAS VEGAS | County | CLARK | State | NV | Zip Code | 89121-2156 |
| Lender | ECHAGUE, HECTOR | | | | | | |



Main File No. 9823CI Page # 15

## APPRAISERS LICENSE

# APPRAISER CERTIFICATE

## STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY

NOT TRANSFERABLE                REAL ESTATE DIVISION                NOT TRANSFERABLE

This is to Certify That : **CARL A BASSETT**                Certificate Number: A.0007151-CR

Is duly authorized to act as a CERTIFIED RESIDENTIAL APPRAISER from the issue date to the expiration date at the business address stated herein, unless the certificate is sooner revoked, cancelled, withdrawn, or invalidated.

Issue Date: February 10, 2009                Expire Date: January 31, 2011

In witness whereof, THE DEPARTMENT OF BUSINESS AND INDUSTRY, REAL ESTATE DIVISION, by virtue of the authority vested in it by Chapter 645C of the Nevada Revised Statues, has caused this Certificate to be issued with its Seal printed thereon. This certificate must be conspicuously displayed in place of business.

FOR:  APEX APPRAISAL
      1777 BAJA LN
      HENDERSON, NV 89012

REAL ESTATE DIVISION

ANN M McDERMOTT
Administrator